**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number *(If known):* _____

Chapter you are filing under:

Chapter 7
Chapter 11
Chapter 12
Chapter 13

Check if this is an
amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Terri<br>First name | <br>First name |
| | | Lei<br>Middle name | <br>Middle name |
| | | Beideman<br>Last name | <br>Last name |
| | Bring your picture identification to your meeting with the trustee. | <br>Suffix (Sr., Jr., II, III) | <br>Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** | <br>First name | <br>First name |
| | | <br>Middle name | <br>Middle name |
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | <br>Last name | <br>Last name |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | <br>Business name (if applicable) | <br>Business name (if applicable) |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - 5506 _____ | xxx - xx - _____ |

Debtor 1    Terri          Lei          Beiden
            First Name     Middle Name   Last Name                    Case number (*if known*) _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| **5. Where you live** | | If Debtor 2 lives at a different address: |

**5. Where you live**

215 Nantucket Road
_____
Number      Street

Forked River          NJ      08731-5105
_____
City                  State   ZIP Code

OCEAN-NJ
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                  State   ZIP Code

*If Debtor 2 lives at a different address:*

_____
Number      Street

_____
City                  State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                  State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

| Debtor 1 | Terri | Lei | Beideman | | Case number (*if known*) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

Chapter 7

Chapter 11

Chapter 12

Chapter 13

**8.  How you will pay the fee**

**I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

**I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

**I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

No.

Yes.  District _____    When _____    Case Number _____
                                            MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

No.

Yes.  Debtor  Benjamin Frederick Beideman    Relationship to you  Son

        District  New Jersey    When  08/15/2022    Case Number, if known  22-16418-KCF
                                            MM / DD / YYYY

**11.  Do you rent your residence?**

No.  Go to line 12

Yes.  Has your landlord obtained an eviction judgment against you?

        No  No. Go to line 12

        Yes.  Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | Terri | Lei | Beiden | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.
☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                    State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C.§ 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ No.
☐ Yes.   What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number        Street

_____

_____
City                                    State       ZIP Code

---

| Debtor 1 | Terri | Lei | Beiderman | Case number (*if known*) _____ |
| | First Name | Middle Name | Last Name | |

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|
| *You must check one:* | *You must check one:* |
| **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** | **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** |
| Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** | **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** |
| Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any | Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any |
| **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** | **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** |
| To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. | To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. |
| Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. | Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. |
| Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| **I am not required to receive a briefing about credit counseling because of:** | **I am not required to receive a briefing about credit counseling because of:** |
| **Incapacity.** I have a mental illness or a mental deficiency that makes meincapable of realizing or making rational decisions about finances. | **Incapacity.** I have a mental illness or a mental deficiency that makes meincapable of realizing or making rational decisions about finances. |
| **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| **Active duty.** I am currently on active military duty in a military combat zone. | **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | Terri | Lei | Beiderman | | Case number (*if known*) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

## Part 6:    Answer These Questions for Reporting Purposes

**16.  What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☐ No. Go to line 16b.

    ☐ Yes. Go to line 17

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.

    ☐ Yes. Go to line 17

16c.  State the type of debts you owe that are not consumer debts or business debts.

    _____

---

**17.  Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☐ No

    ☐ Yes

---

**18.  How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,000-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**19.  How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**20.  How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____
Signature of Debtor 1

X _____
Signature of Debtor 2

Executed on   12/12/2022
    MM / DD / YYYY

Executed on   _____
    MM / DD / YYYY

Debtor 1    Terri    Lei    Beiderman    Case number (*if known*) _____

First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____    Date _____

Signature of Attorney for Debtor    MM / DD / YYYY

_____

Printed name

_____

Firm name

_____

Number    Street

_____

City    State    ZIP Code

Contact phone _____    Email address _____

_____

Bar number    State

| Debtor 1 | Terri | Lei | Beiden | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

　　No

　　Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

　　No

　　Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

　　No

　　Yes.　Name of Person _____

　　　　Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _____    X _____
Signature of Debtor 1                   Signature of Debtor 2

Date _____12/12/2022_____    Date _____
　　　MM / DD / YYYY              MM / DD / YYYY

Contact phone  609-607-7750    Contact phone _____

Cell phone  609-607-7750    Cell phone _____

Email address  t2022.bk@gmail.com    Email address _____

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | Terri | Lei | Beideman |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

No

Yes.   Name of person _____ .   *Attach Bankruptcy Petition Preparer's Notice, Declaration, and*
*Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____      X _____
  Signature of Debtor 1                    Signature of Debtor 2

Date 12/12/2022                           Date _____
     MM / DD / YYYY                            MM / DD / YYYY

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Terri | Lei | Beideman |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B* ......................................................... $     220000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* .................................................. $     22928.35

   1c. Copy line 63, Total of all property on *Schedule A/B* ........................................................ $     242928.35

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........ $     491154.22

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ......................................... $

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................... + $     386139.92

   **Your total liabilities** $     877294.14

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I* ............................................................. $     5169.43

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22c of *Schedule J* ................................................................... $     3089.49

| Debtor 1 | Terri | Lei | Beiderman | | Case number (*if known*) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   Yes

7. **What kind of debt do you have?**

   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   $ _____ 2903.33

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

|  | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F,* **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | Terri | Lei | Beideman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   No. Go to Part 2.

   Yes. Where is the property?

1.1 **50% interest in 215 Nantucket Road**
Street address, if available, or other description

Forked River    NJ    08731-5105
City        State   ZIP Code

OCEAN-NJ
County

**What is the property?** Check all that apply.

Single-family home

Duplex or multi-unit building

Condominium or cooperative

Manufactured or mobile home

Land

Investment property

Timeshare

Other _____

**Who has an interest in the property?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

50% interest in my residence, consisting of land and home at block 117 / lot 35 in the Township of Lacey, State of New Jersey.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $        440000.00 | $        220000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy in common (50% interest)

**Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ................................................→  $        220000.00

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   No

   Yes

Debtor 1   Terri          Lei          Beideman
           First Name     Middle Name  Last Name

Case number (*if known*) _____

| 3.1 | Make: | Honda |
|---|---|---|
| | Model | CR-V |
| | Year: | 2014 |
| | Approximate mileage: | 67230 |

Other information:

Vehicle in fair condition. Mechanical: Check engine light is on, but vehicle does run. Other: Needs air conditioner compressor.

**Who has an interest in the property?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____ 8340.00   $ _____ 8340.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   No
   Yes

| | Make: | _____ |
|---|---|---|
| | Model | _____ |
| | Year: | _____ |

Other information:

**Who has an interest in the property?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.** .................................................................. →   $ _____ 8340.00

| Debtor 1 | Terri | Lei | Beiderman | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

◻ No

☒ Yes. Describe. .......

> 100% interest in: bed, bedding, table, air conditioner, chair, food, dinnerware, kitchenware, utensils, air fryer, slow cooker.
>
> 50% interest in: refrigerator, freezer, washing machine, dryer, microwave, oven, dishwasher, outdoor grill, 2 x sofa, 4 x chairs.

$ _____1185.00

7.  **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

◻ No

☒ Yes. Describe. .......

> Television, laptop computer, 2 x tablet, printer, cell phone.

$ _____450.00

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

◻ No

◻ Yes. Describe. .......

$ _____

9.  **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

◻ No

☒ Yes. Describe. .......

> Exercise bike.

$ _____50.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

◻ No

◻ Yes. Describe. .......

$ _____

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

◻ No

☒ Yes. Describe. .......

> Everyday casual clothes, casual footwear, 2 x business suit, 3 x dressy outfits, dressy shoes, winter coat. (All clothing is non-designer.)

$ _____800.00

Debtor 1   Terri            Lei            Beidemen
           First Name       Middle Name    Last Name              Case number (*if known*) _____

---

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
gold, silver

    No

    Yes. Describe. .......

| Everyday jewelry, costume jewelry, 2 x non-functional watches. | $ | 500.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

    No

    Yes. Describe. .......

| 1/3 share of 2 x domestic cats (non-breeding). | $ | 6.67 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    No

    Yes. Give specific
information. ..........

| Medical TENS unit, medical polar cube, water flosser, prescription medication. | $ | 250.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here.** ................................................................................................ ➔

| | $ | 3241.67 |

| Debtor 1 | Terri | Lei | Beidemann | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

No

Yes ..................................................................................................................................... Cash: ................    $            351.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

No

Yes...................

| | | Institution name: | |
|---|---|---|---|
| 17.1 | Checking account: | Capital One Bank NA | $            18.70 |
| 17.2 | Checking account: | Capital One Bank NA (value reflects 50% interest) | $            1.00 |
| 17.3 | Savings account: | Capital One Bank NA | $            1.00 |
| 17.4 | Checking account: | Fulton Bank NA | $            1.00 |
| 17.5 | Checking account: | Fulton Bank NA (value reflects 50% interest) | $            0.50 |
| 17.6 | Checking account: | LendingClub Bank NA (value reflects 50% interest) | $            3405.27 |
| 17.7 | Checking account: | OceanFirst Bank NA | $            1.00 |
| 17.8 | Checking account: | TD Bank NA (segregated Social Security funds) | $            2878.53 |
| 17.9 | Other financial account: | Venmo | $            300.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

No

Yes...................    Institution or issuer name:

| 10.189 shares of Exxon Mobil Corporation (XOM, value 110.52) | $            1126.09 |
|---|---|
| 6 shares of Brighthouse Financial, Inc. (BHF, value 53.62) | $            321.72 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

No

Yes. Give specific information about them .....................

| Name of entity: | % of ownership: | |
|---|---|---|
| Corbium Company | 33.3 % | $            33.33 |
| Terri Ventures LLC | 100 % | $            10.00 |

| Debtor 1 | Terri | Lei | Beidemann | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☐ No
    ☐ Yes. Give specific
       information about
       them ....................   Issuer name:

    _____   $ _____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☐ Yes. List each        Type of account:           Institution name:
       account separately.

                            Retirement account:        Fidelity Investments        $        100.51

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☐ No
    ☐ Yes..........................                      Institution name or individual:

                            Electric:                   FirstEnergy (JCP&L)          $        200.00

                            Gas:                        New Jersey Natural Gas       $        100.00

                            Telephone:                  Unreal Mobile (prepaid service)  $     90.00

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☐ No
    ☐ Yes..........................   Issuer name and description:

    _____   $ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☐ No
    ☐ Yes..........................   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____   $ _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers
    exercisable for your benefit**

    ☐ No
    ☐ Yes. Give specific
       information about them .....   [                                    ]   $ _____

| Debtor 1 | Terri | Lei | Beideman | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
    information about them .....

    | 1/3 interest in Internet domain "beideman.net". | $ | 3.33 |

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
    information about them .....

    | | $ | |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☐ No

    ☑ Yes. Give specific information
    about them, including whether
    you already filed the returns
    and the tax years. ....................

    2022 Income tax (making the tax filing is not yet permitted). [The breakdown of amounts listed for this asset has a limitation, apparently a glitch in the eSelf Representation tool.  Amount should be Federal: $2000.00 and State: $300.00.]

    | Federal: | $ | 2300.00 |
    | State: | $ | 0.00 |
    | Local: | $ | 0.00 |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    | Alimony: | $ | |
    | Maintenance: | $ | |
    | Support | $ | |
    | Divorce Settlement: | $ | |
    | Property Settlement: | $ | |

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........

    | | $ | |

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ☑ Yes. Name the insurance company
    of each policy and list its value. ....

    | Company name: | Beneficiary: | | |
    | Prudential Life Insurance Company | Term Insurance, no cash or surrender value. | $ | 0.00 |

Debtor 1    Terri            Lei            Beidemann            Case number (*if known*) _____
              First Name        Middle Name        Last Name

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No

☐ Yes. Give specific information. ........                                        $ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☐ Yes. Give specific information. ........                                        $ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☐ Yes. Give specific information. ........                                        $ _____

35. **Any financial assets you did not already list**

☐ No

☐ Yes. Give specific information. ........   Cryptocurrency.                      $            103.70

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................ ➔   $          11346.68

Debtor 1    Terri                    Lei                    Beidemann

First Name        Middle Name        Last Name        Case number (*if known*)

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

　　No. Go to Part 6.

　　Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

　　No

　　Yes. Describe .......    $ _____

39. **Office equipment, furnishings, and supplies**

　　*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

　　No

　　Yes. Describe .......    $ _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

　　No

　　Yes. Describe .......    $ _____

41. **Inventory**

　　No

　　Yes. Describe .......    $ _____

42. **Interests in partnerships or joint ventures**

　　No

　　Yes. Describe .......    Name of entity:                    % of ownership:

　　　　　　　　　　　　　　　　　　　　　　　　　　0 %    $ _____

43. **Customer lists, mailing lists, or other compilations**

　　No

　　Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

　　　　No

　　　　Yes. Describe .......    $ _____

44. **Any business-related property you did not already list**

　　No

　　Yes. Give specific information ...........    $ _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........................................................................................ ➔    $ _____ 0.00

Debtor 1     Terri            Lei            Beidemen
             First Name      Middle Name    Last Name

Case number (*if known*) _____

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    No. Go to Part 7.

    Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    No

    Yes ....................           $ _____

48. **Crops—either growing or harvested**

    No

    Yes. Give specific information ..........       $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    No

    Yes ....................           $ _____

50. **Farm and fishing supplies, chemicals, and feed**

    No

    Yes ....................           $ _____

51. **Any farm- and commercial fishing-related property you did not already list**

    No

    Yes. Give specific information ..........       $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................................................ ➜    $ _____

---

Debtor 1    Terri          Lei          Beidem
          First Name    Middle Name    Last Name                Case number (*if known*) _____

| | | |
|---|---|---|
| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** | |

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☐ No

    ☐ Yes. Give specific
       information ..........

    _____          $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................... ➔    $ _____ 0.00

| | | |
|---|---|---|
| **Part 8:** | **List the Totals of Each Part of this Form** | |

55. **Part 1: Total real estate, line 2** .......................................................................................... ➔    $ _____ 220000.00

56. **Part 2: Total vehicles, line 5**                                    $ _____ 8340.00

57. **Part 3: Total personal and household items, line 15**            $ _____ 3241.67

58. **Part 4: Total financial assets, line 36**                        $ _____ 11346.68

59. **Part 5: Total business-related property, line 45**               $ _____ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**      $ _____

61. **Part 7: Total other property not listed, line 54**              +$ _____ 0.00

62. **Total personal property. Add lines 56 through 61.** ..........    $ _____ 22928.35    Copy personal property total ➔    +$ _____ 22928.35

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** .......................................................    $ _____ 242928.35

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Terri | Lei | Beideman |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                      04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own? Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 50% interest in 215 Nantucket Road, Forked River, NJ 08731-5105 <br><br> Line from *Schedule A/B*: 1.1 | $ 220000.00 | $ 13950.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| Brief description: 100% interest in: bed, bedding, table, air conditioner, chair, food, dinnerware, kitchenware, utensils, air fryer, slow cooker. <br><br> 50% interest in: refrigerator, freezer, washing machine, dryer, microwave, oven, dishwasher, outdoor grill, 2 x sofa, 4 x chairs. <br><br> Line from *Schedule A/B*: 6 | $ 1185.00 | $ 1185.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Television, laptop computer, 2 x tablet, printer, cell phone. | | | |

| Debtor 1 | Terri | Lei | Beiderman | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own?  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Line from *Schedule A/B*: 7 | $ 450.00 | $ 450.00  100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Exercise bike.  Line from *Schedule A/B*: 9 | $ 50.00 | $ 50.00  100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Everyday casual clothes, casual footwear, 2 x business suit, 3 x dressy outfits, dressy shoes, winter coat. (All clothing is non-designer.)  Line from *Schedule A/B*: 11 | $ 800.00 | $ 800.00  100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Everyday jewelry, costume jewelry, 2 x non-functional watches.  Line from *Schedule A/B*: 12 | $ 500.00 | $ 500.00  100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| Brief description: 1/3 share of 2 x domestic cats (non-breeding).  Line from *Schedule A/B*: 13 | $ 6.67 | $ 6.67  100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Medical TENS unit, medical polar cube, water flosser, prescription medication.  Line from *Schedule A/B*: 14 | $ 250.00 | $ 250.00  100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(9) |
| Brief description: Cash on Hand  Line from *Schedule A/B*: 16 | $ 351.00 | $ 351.00  100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Checking Account Capital One Bank NA  Line from *Schedule A/B*: 17.1 | $ 18.70 | $ 18.70  100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Checking Account Capital One Bank NA (value reflects 50% interest) | | | |

Debtor 1    Terri          Lei          Beidel    Case number (*if known*) _____

First Name    Middle Name    Last Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own? Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Line from *Schedule A/B:* 17.2 | $ 1.00 | $ 1.00<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Savings Account Capital One Bank NA<br>Line from *Schedule A/B:* 17.3 | $ 1.00 | $ 1.00<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Checking Account Fulton Bank NA<br>Line from *Schedule A/B:* 17.4 | $ 1.00 | $ 1.00<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Checking Account Fulton Bank NA (value reflects 50% interest)<br>Line from *Schedule A/B:* 17.5 | $ 0.50 | $ 0.50<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Checking Account LendingClub Bank NA (value reflects 50% interest)<br>Line from *Schedule A/B:* 17.6 | $ 3405.27 | $ 3405.27<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Checking Account OceanFirst Bank NA<br>Line from *Schedule A/B:* 17.7 | $ 1.00 | $ 1.00<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Checking Account TD Bank NA (segregated Social Security funds)<br>Line from *Schedule A/B:* 17.8 | $ 2878.53 | $ 2878.53<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(10)(A) |
| Brief description: Other financial account Venmo<br>Line from *Schedule A/B:* 17.9 | $ 300.00 | $ 300.00<br>100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: 10.189 shares of Exxon Mobil Corporation (XOM, value 110.52) | | | |

| Debtor 1 | Terri | Lei | Beideman | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own?<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Line from *Schedule A/B:* 18.1 | $ 1126.09 | $ 1126.09<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: 6 shares of Brighthouse Financial, Inc. (BHF, value 53.62)<br>Line from *Schedule A/B:* 18.2 | $ 321.72 | $ 321.72<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Corbium Company<br>Line from *Schedule A/B:* 19.1 | $ 33.33 | $ 33.33<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Terri Ventures LLC<br>Line from *Schedule A/B:* 19.2 | $ 10.00 | $ 10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Retirement account Fidelity Investments<br>Line from *Schedule A/B:* 21.1 | $ 100.51 | $ 100.51<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC §§ 522(b)(3)(C), 522(n) |
| Brief description: Electric FirstEnergy (JCP&L)<br>Line from *Schedule A/B:* 22.1 | $ 200.00 | $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Gas New Jersey Natural Gas<br>Line from *Schedule A/B:* 22.2 | $ 100.00 | $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Telephone Unreal Mobile (prepaid service)<br>Line from *Schedule A/B:* 22.3 | $ 90.00 | $ 90.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: 1/3 interest in Internet domain "beideman.net".<br>Line from *Schedule A/B:* 26 | $ 3.33 | $ 3.33<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

| Debtor 1 | Terri | Lei | Beiden | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own? Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Prudential Life Insurance CompanyTerm Insurance, no cash or surrender value. Line from *Schedule A/B*: 31.1 | $ 0.00 | $ 0.00 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(7) |
| Brief description: Cryptocurrency. Line from *Schedule A/B*: 35 | $ 103.70 | $ 103.70 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Federal Line from *Schedule A/B*: 28 | $ 2300.00 | $ 2300.00 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) [The amount of this exemption includes State income tax. The eSR software did not allow me to list them separately.] |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   No

   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   No

   Yes

**Fill in this information to identify your case:**

| Debtor 1 | Terri | Lei | Beideman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

## Part 1:  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|

**2.1**

Specialized Loan Servicing LLC
Creditor's Name

6200 S Quebec St Ste 300
Number        Street

Greenwood Village  CO    80111
City                State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Date debt was incurred 04/14/2008

**Describe the property that secures the claim:**

Asset listed in Schedule A/B as 1.1. Residential land and home at 215 Nantucket Rd in Forked River, NJ 08731. Debtor owns 50% of asset.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number  3423

Column A: $ 472731.22
Column B: $ 440000.00
Column C: $ 32731.22

**2.2**

Digital Federal Credit Union
Creditor's Name

PO Box 9130
Number        Street

Marlborough    MA    01752
City                State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Describe the property that secures the claim:**

Asset listed in Schedule A/B as 3.1. 2014 Honda CR-V (VIN 5J6RM4H31EL111917).

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Column A: $ 18423.00
Column B: $ 8340.00
Column C: $ 10083.00

| Debtor 1 | Terri | Lei | Beideman | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| Date debt was incurred 7/1/2016 | Last 4 digits of account number  4023 | | | |
| | **Column A dollar value totals from all pages.** | $    491154.22 | | |

Debtor 1    Terri          Lei          Beidem
            First Name     Middle Name   Last Name

Case number (*if known*) _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number _____

**Fill in this information to identify your case:**

| Debtor 1 | Terri | Lei | Beideman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number
(If known) _____

Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $ _____ | $ _____ | $ _____ |
| | | When was the debt incurred? | | | |
| | Number    Street | As of the date you file, the claim is: Check all that apply | | | |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | City          State    ZIP Code | ☐ Disputed | | | |
| | **Who incurred the debt? Check one.** | Type of PRIORITY unsecured claim: | | | |
| | ☐ Debtor 1 only | ☐ Domestic support obligations | | | |
| | ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☐ At least one of the debtors and another | ☐ Other. Specify | | | |
| | ☐ **Check if this claim is for a community debt** | | | | |
| | **Is the claim subject to offset?** | _____ | | | |
| | ☐ No | | | | |
| | ☐ Yes | | | | |

Debtor 1    Terri                Lei            Beider Dowe                    Case number (*if known*) _____

| First Name | Middle Name | Last Name |

---

| **Part 2:** | List ALL of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

No. You have nothing to report in this part. Submit this form to the court with your other schedules.

Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**  Alltran Financial LP                                    Last 4 digits of account number  0427              $   4609.81
Nonpriority Creditor's Name

PO Box 15618                                              **When was the debt incurred?**  12/10/2019
Number    Street

Wilmington                    DE        19850-5618        **As of the date you file, the claim is:** Check all that apply
City                          State     ZIP Code
                                                               Contingent
**Who incurred the debt?** Check one.                          Unliquidated
                                                               Disputed
    Debtor 1 only
    Debtor 2 only                                         **Type of NONPRIORITY unsecured claim:**
    Debtor 1 and Debtor 2 only
    At least one of the debtors and another                    Student loans
                                                               Obligations arising out of a separation agreement or divorce
    **Check if this claim is for a community debt**            that you did not report as priority claims
                                                               Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                            Other. Specify
    No                                                         Assigned debt
    Yes

**4.2**  American Coradius International LLC                    Last 4 digits of account number  4206              $   1289.58
Nonpriority Creditor's Name

2420 Sweet Home Rd Ste 150                                **When was the debt incurred?**  1/15/2020
Number    Street

Amherst                       NY        14228-2244        **As of the date you file, the claim is:** Check all that apply
City                          State     ZIP Code
                                                               Contingent
**Who incurred the debt?** Check one.                          Unliquidated
                                                               Disputed
    Debtor 1 only
    Debtor 2 only                                         **Type of NONPRIORITY unsecured claim:**
    Debtor 1 and Debtor 2 only
    At least one of the debtors and another                    Student loans
                                                               Obligations arising out of a separation agreement or divorce
    **Check if this claim is for a community debt**            that you did not report as priority claims
                                                               Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                            Other. Specify
    No                                                         Assigned debt
    Yes

**4.3**  ARS National Services Inc                             Last 4 digits of account number  4727              $   1198.02
Nonpriority Creditor's Name

PO Box 469046                                             **When was the debt incurred?**  12/8/2015
Number    Street

Escondido                     CA        92046-9046        **As of the date you file, the claim is:** Check all that apply
City                          State     ZIP Code

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 2 of 37

| Debtor 1 | Terri | Lei | Beideman | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | | Total claim |
|---|---|---|

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

---

| 4.4 | AT&T Mobility | | | | Last 4 digits of account number  9865 | | $  952.65 |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

PO Box 6463

**When was the debt incurred?** 5/4/2018

Number    Street

Carol Stream          IL      60197-6463

City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Utility service debt

---

| 4.5 | Barclays Bank Delaware | | | | Last 4 digits of account number  0184 | | $  7793.00 |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

100 West St

**When was the debt incurred?** 7/21/2013

Number    Street

Wilmington            DE      19801-5015

City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Credit card debt

---

| 4.6 | Barlcays Bank Delaware | | | | Last 4 digits of account number  0001 | | $  1.00 |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

| Debtor 1 | Terri | Lei | Beideman | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | **Total claim** |
|---|---|

100 West St
Number    Street

Wilmington                DE       19801-5015
City                          State    ZIP Code

**When was the debt incurred?** 2/1/2018

**As of the date you file, the claim is:** Check all that apply

  Contingent
  Unliquidated
  Disputed

**Who incurred the debt?** Check one.

  Debtor 1 only
  Debtor 2 only
  Debtor 1 and Debtor 2 only
  At least one of the debtors and another

  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

  No
  Yes

**Type of NONPRIORITY unsecured claim:**

  Student loans
  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  Debts to pension or profit-sharing plans, and other similar debts
  Other. Specify
  Credit card debt

---

**4.7** Bill Me Later Inc
Nonpriority Creditor's Name

9690 Deereco Rd Ste 705
Number    Street

Timonium                  MD       21093-6936
City                          State    ZIP Code

**Last 4 digits of account number** 9163

**When was the debt incurred?** 6/3/2018

$ 2309.45

**As of the date you file, the claim is:** Check all that apply

  Contingent
  Unliquidated
  Disputed

**Who incurred the debt?** Check one.

  Debtor 1 only
  Debtor 2 only
  Debtor 1 and Debtor 2 only
  At least one of the debtors and another

  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

  No
  Yes

**Type of NONPRIORITY unsecured claim:**

  Student loans
  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  Debts to pension or profit-sharing plans, and other similar debts
  Other. Specify
  Line of credit debt

---

**4.8** Ctech Collections Inc
Nonpriority Creditor's Name

5505 Nesconset Hwy Ste 200
Number    Street

Mount Sinai               NY       11766
City                          State    ZIP Code

**Last 4 digits of account number** 2470

**When was the debt incurred?** 1/23/2019

$ 372.10

**As of the date you file, the claim is:** Check all that apply

  Contingent
  Unliquidated
  Disputed

**Who incurred the debt?** Check one.

  Debtor 1 only
  Debtor 2 only
  Debtor 1 and Debtor 2 only
  At least one of the debtors and another

  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

  No

**Type of NONPRIORITY unsecured claim:**

  Student loans
  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  Debts to pension or profit-sharing plans, and other similar debts
  Other. Specify

---

Debtor 1   Terri _____ Lei _____ Beideman _____                   Case number (*if known*) _____

First Name     Middle Name     Last Name

| | Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

| | Yes | Assigned debt _____ | |

**4.9**

Cablevision Systems Corporation
Nonpriority Creditor's Name

1111 Stewart Ave
Number    Street

Bethpage                         NY        11714-3533
City                             State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number  0091

**When was the debt incurred?**  9/11/2018

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Utility service debt _____

$  488.21

---

**4.10**

Capital Management Services LP
Nonpriority Creditor's Name

698 1/2 S Ogden St
Number    Street

Buffalo                          NY        14206-2317
City                             State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number  4727

**When was the debt incurred?**  12/8/2015

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt _____

$  1198.02

---

**4.11**

Capital One Services LLC
Nonpriority Creditor's Name

PO Box 30285
Number    Street

Salt Lake City                   UT        84130-0285
City                             State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

Last 4 digits of account number  0063

**When was the debt incurred?**  2/3/2018

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans

$  627.00

---

| Debtor 1 | Terri | Lei | Beidelman | Case number (*if known*) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
_____Credit card debt_____

---

**4.12**

Capital One Services LLC
Nonpriority Creditor's Name

PO Box 30285
Number    Street

Salt Lake City          UT          84130-0285
City                    State       ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Last 4 digits of account number**  5597

**When was the debt incurred?** 7/1/2011

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
_____Credit card debt_____

$ 1023.00

---

**4.13**

Capital One Services LLC
Nonpriority Creditor's Name

PO Box 30285
Number    Street

Salt Lake City          UT          84130-0285
City                    State       ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Last 4 digits of account number**  3007

**When was the debt incurred?** 3/22/2019

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
_____Credit card debt_____

$ 4546.76

---

**4.14**

Capital One Services LLC
Nonpriority Creditor's Name

PO Box 30285
Number    Street

Salt Lake City          UT          84130-0285
City                    State       ZIP Code

**Who incurred the debt?** Check one.

**Last 4 digits of account number**  0063

**When was the debt incurred?** 5/3/2018

**As of the date you file, the claim is:** Check all that apply
Contingent

$ 3545.95

---

| Debtor 1 | Terri | Lei | Beiderman | | Case number (*if known*) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | **Total claim** |
|---|---|

|  |  |
|---|---|
| Debtor 1 only | Unliquidated |
| Debtor 2 only | Disputed |
| Debtor 1 and Debtor 2 only | |
| At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| | Student loans |
| **Check if this claim is for a community debt** | Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| | Debts to pension or profit-sharing plans, and other similar debts |
| **Is the claim subject to offset?** | Other. Specify |
| No | |
| Yes | Credit card debt |

| 4.15 | Citibank NA | Last 4 digits of account number 2582 | $ 1198.02 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | PO Box 6000 | **When was the debt incurred?** 12/8/2015 | |
| | Number      Street | | |
| | Sioux Falls          SD      57117-6000 | **As of the date you file, the claim is:** Check all that apply | |
| | City          State      ZIP Code | | |
| | **Who incurred the debt?** Check one. | Contingent | |
| | | Unliquidated | |
| | Debtor 1 only | Disputed | |
| | Debtor 2 only | | |
| | Debtor 1 and Debtor 2 only | **Type of NONPRIORITY unsecured claim:** | |
| | At least one of the debtors and another | Student loans | |
| | | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | **Check if this claim is for a community debt** | Debts to pension or profit-sharing plans, and other similar debts | |
| | | Other. Specify | |
| | **Is the claim subject to offset?** | | |
| | No | Credit card debt | |
| | Yes | | |

| 4.16 | Client Services Inc | Last 4 digits of account number 7871 | $ 1384.23 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | 3451 Harry S Truman Blvd | **When was the debt incurred?** 8/6/2019 | |
| | Number      Street | | |
| | Saint Charles          MO      63301-4047 | **As of the date you file, the claim is:** Check all that apply | |
| | City          State      ZIP Code | | |
| | **Who incurred the debt?** Check one. | Contingent | |
| | | Unliquidated | |
| | Debtor 1 only | Disputed | |
| | Debtor 2 only | | |
| | Debtor 1 and Debtor 2 only | **Type of NONPRIORITY unsecured claim:** | |
| | At least one of the debtors and another | Student loans | |
| | | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | **Check if this claim is for a community debt** | Debts to pension or profit-sharing plans, and other similar debts | |
| | | Other. Specify | |
| | **Is the claim subject to offset?** | | |
| | No | Assigned debt | |
| | Yes | | |

| 4.17 | Client Services Inc | Last 4 digits of account number 8579 | $ 713.68 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | 3451 Harry S Truman Blvd | | |
| | Number      Street | | |

Debtor 1    Terri             Lei              Beidelman
            First Name        Middle Name      Last Name

Case number (*if known*) _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page | |
|---------|-------------------------------------------------------|--|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|--|--|

When was the debt incurred?   11/18/2019

Saint Charles              MO      63301-4047
City                       State   ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

---

**4.18**

Collection Bureau of the Hudson Valley Inc
Nonpriority Creditor's Name

1555 N Plank Rd
Number    Street

Newburgh                   NY      12551
City                       State   ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number   0091

When was the debt incurred?   9/11/2018

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

$              488.21

---

**4.19**

Comcast
Nonpriority Creditor's Name

1701 JFK Blvd
Number    Street

Philadelphia               PA      19103
City                       State   ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Last 4 digits of account number   0501

When was the debt incurred?   8/17/2015

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

$                1.05

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 8 of 37

Debtor 1    Terri              Lei              Beiderman                                          Case number (*if known*) _____
            First Name         Middle Name      Last Name

| | **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|
| Yes                                           Utility service debt | |

---

**4.20**

| Comcast | Last 4 digits of account number  0270 | $      64.79 |
|---|---|---|

Nonpriority Creditor's Name

1701 JFK Blvd
Number    Street

**When was the debt incurred?** 11/18/2014

Philadelphia                    PA        19103
City                            State     ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Utility service debt

---

**4.21**

| Comcast Business | Last 4 digits of account number  9143 | $     582.14 |
|---|---|---|

Nonpriority Creditor's Name

1701 JFK Blvd
Number    Street

**When was the debt incurred?** 5/27/2018

Philadelphia                    PA        19103
City                            State     ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Utility service debt

---

**4.22**

| Comenity Capital Bank | Last 4 digits of account number  4419 | $    2387.23 |
|---|---|---|

Nonpriority Creditor's Name

2797 E Cottonwood Pkwy Ste 100
Number    Street

**When was the debt incurred?** 6/27/2018

Salt Lake City                  UT        84121-7090
City                            State     ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

Student loans

---

Official Form 106E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              page 9 of 37

Debtor 1    Terri            Lei           Beiderman                          Case number (*if known*) _____
            First Name      Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
_Credit card debt_

---

**4.23** Convergent Outsourcing Inc                                      $   488.21
Nonpriority Creditor's Name

800 SW 39th St Ste 100
Number    Street

Renton                        WA      98057-4927
City                          State   ZIP Code

**Last 4 digits of account number** 0091

**When was the debt incurred?** 9/11/2018

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
_Assigned debt_

---

**4.24** Corporation Service Company                                     $  29831.00
Nonpriority Creditor's Name

251 Little Falls Dr
Number    Street

Wilmington                    DE      19808
City                          State   ZIP Code

**Last 4 digits of account number** 2293

**When was the debt incurred?** 11/13/2017

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
_Assigned debt_

---

**4.25** Credit Control LLC                                             $   2304.70
Nonpriority Creditor's Name

3300 Rider Trail S Ste 500
Number    Street

Earth City                    MO      63045
City                          State   ZIP Code

**Who incurred the debt?** Check one.

**Last 4 digits of account number** 6013

**When was the debt incurred?** 11/5/2019

**As of the date you file, the claim is:** Check all that apply
Contingent

---

Debtor 1    Terri                    Lei                    Beideman                                    Case number (*if known*) _____

| First Name | Middle Name | Last Name |
|---|---|---|

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | | Total claim |
|---|---|---|

Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

---

**4.26**  Credit First NA / Firestone

Nonpriority Creditor's Name

PO Box 81315

Number    Street

Cleveland                    OH        44181-0315

City                          State      ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number  7445

**When was the debt incurred?**  12/18/2014

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Credit card debt

$        1384.23

---

**4.27**  D&S Ltd

Nonpriority Creditor's Name

13809 N Hwy 183 Ste 800

Number    Street

Austin                        TX        78750

City                          State      ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number  4206

**When was the debt incurred?**  4/12/2018

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

$        1289.58

---

**4.28**  Dell Financial Services LLC

Nonpriority Creditor's Name

PO Box 81585

Number    Street

Last 4 digits of account number  0427

$        4609.81

---

Debtor 1   Terri          Lei            Beidelman
           First Name     Middle Name    Last Name

Case number (*if known*) _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**When was the debt incurred?** 12/2/2017

Austin                          TX        78708-1585
City                            State     ZIP Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

    Debtor 1 only
    Debtor 2 only
    Debtor 1 and Debtor 2 only
    At least one of the debtors and another

    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

    No
    Yes

    Contingent
    Unliquidated
    Disputed

**Type of NONPRIORITY unsecured claim:**

    Student loans
    Obligations arising out of a separation agreement or divorce that you did not report as priority claims
    Debts to pension or profit-sharing plans, and other similar debts
    Other. Specify
    Line of credit debt

---

**4.29**

Digital Federal Credit Union
Nonpriority Creditor's Name

PO Box 9130
Number    Street

Marlborough                     MA        01752-9130
City                            State     ZIP Code

**Who incurred the debt?** Check one.

    Debtor 1 only
    Debtor 2 only
    Debtor 1 and Debtor 2 only
    At least one of the debtors and another

    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

    No
    Yes

**Last 4 digits of account number** 6792      $   500.00

**When was the debt incurred?** 3/15/2014

**As of the date you file, the claim is:** Check all that apply

    Contingent
    Unliquidated
    Disputed

**Type of NONPRIORITY unsecured claim:**

    Student loans
    Obligations arising out of a separation agreement or divorce that you did not report as priority claims
    Debts to pension or profit-sharing plans, and other similar debts
    Other. Specify
    Overdrawn checking account debt

---

**4.30**

Digital Federal Credit Union
Nonpriority Creditor's Name

PO Box 9130
Number    Street

Marlborough                     MA        01752-9130
City                            State     ZIP Code

**Who incurred the debt?** Check one.

    Debtor 1 only
    Debtor 2 only
    Debtor 1 and Debtor 2 only
    At least one of the debtors and another

    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

    No

**Last 4 digits of account number** 4023      $   4979.00

**When was the debt incurred?** 11/12/2015

**As of the date you file, the claim is:** Check all that apply

    Contingent
    Unliquidated
    Disputed

**Type of NONPRIORITY unsecured claim:**

    Student loans
    Obligations arising out of a separation agreement or divorce that you did not report as priority claims
    Debts to pension or profit-sharing plans, and other similar debts
    Other. Specify

| Debtor 1 | Terri | Lei | Beidenberg | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|
| Yes                                    Credit card debt | |

**4.31**

Digital Federal Credit Union
Nonpriority Creditor's Name

PO Box 9130
Number     Street

Marlborough               MA        01752-9130
City                      State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number  6776

**When was the debt incurred?** 11/1/2013

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Overdrawn checking account debt

$   500.00

**4.32**

Discover Financial Services
Nonpriority Creditor's Name

PO Box 30943
Number     Street

Salt Lake City            UT        84130-0943
City                      State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number  1100

**When was the debt incurred?** 3/29/2017

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Credit card debt

$   743.10

**4.33**

Enhanced Recovery Company LLC
Nonpriority Creditor's Name

PO Box 23870
Number     Street

Jacksonville              FL        32241-3870
City                      State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

Last 4 digits of account number  1255

**When was the debt incurred?** 3/10/2020

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans

$   713.68

Debtor 1    Terri                Lei              Beiderman                              Case number (*if known*) _____
            First Name          Middle Name       Last Name

| | | Total claim |
|---|---|---|

---

**Part 2:**  **Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.

Check if this claim is for a community debt

Is the claim subject to offset?
  No
  Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
_____
Assigned debt

---

**4.34**    FH Cann & Associates Inc
           Nonpriority Creditor's Name

           1600 Osgood St Ste 2-120
           Number    Street

           North Andover          MA      01845-1048
           City                   State   ZIP Code

           **Who incurred the debt?** Check one.
             Debtor 1 only
             Debtor 2 only
             Debtor 1 and Debtor 2 only
             At least one of the debtors and another

           Check if this claim is for a community debt

           Is the claim subject to offset?
             No
             Yes

Last 4 digits of account number  5525

When was the debt incurred?  5/3/2019

As of the date you file, the claim is: Check all that apply
  Contingent
  Unliquidated
  Disputed

**Type of NONPRIORITY unsecured claim:**
  Student loans
  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  Debts to pension or profit-sharing plans, and other similar debts
  Other. Specify
  _____
  Assigned debt

$    8331.02

---

**4.35**    Financial Recovery Services Inc
           Nonpriority Creditor's Name

           4510 West 77th St Ste 200
           Number    Street

           Bloomington            MN      55435-5507
           City                   State   ZIP Code

           **Who incurred the debt?** Check one.
             Debtor 1 only
             Debtor 2 only
             Debtor 1 and Debtor 2 only
             At least one of the debtors and another

           Check if this claim is for a community debt

           Is the claim subject to offset?
             No
             Yes

Last 4 digits of account number  2936

When was the debt incurred?  4/7/2020

As of the date you file, the claim is: Check all that apply
  Contingent
  Unliquidated
  Disputed

**Type of NONPRIORITY unsecured claim:**
  Student loans
  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  Debts to pension or profit-sharing plans, and other similar debts
  Other. Specify
  _____
  Assigned debt

$    743.10

---

**4.36**    First Credit Services
           Nonpriority Creditor's Name

           9 Wills Way Bldg 3
           Number    Street

           Piscataway             NJ      08854
           City                   State   ZIP Code

           **Who incurred the debt?** Check one.

Last 4 digits of account number  5547

When was the debt incurred?  3/8/2019

As of the date you file, the claim is: Check all that apply
  Contingent

$    164.05

---

| Debtor 1 | Terri | Lei | Beidelman | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

---

**4.37**

GC Services LLP
Nonpriority Creditor's Name

6330 Gulfton St
Number    Street

Houston                TX        77081
City                   State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number  0518

**When was the debt incurred?**  8/8/2019

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

$    1010.97

---

**4.38**

Headway Capital
Nonpriority Creditor's Name

175 W Jackson Blvd Ste 1000
Number    Street

Chicago                IL        60604
City                   State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number  1000

**When was the debt incurred?**  1/1/2015

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Line of credit debt

$    29831.00

---

**4.39**

HSBC Bank Nevada
Nonpriority Creditor's Name

1111 North Town Center Dr
Number    Street

Last 4 digits of account number  5182

$    1024.00

---

| Debtor 1 | Terri | Lei | Beidelman | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**When was the debt incurred?** 4/20/2020

| Las Vegas | NV | 89144 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

**Is the claim subject to offset?**

No
Yes

Credit card debt

---

| 4.40 | IC System Inc | | Last 4 digits of account number  6892 | $ | 2742.69 |
|---|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | | |

444 Hwy 96 E
Number    Street

**When was the debt incurred?** 7/25/2018

| St Paul | MN | 55127 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

**Is the claim subject to offset?**

No
Yes

Assigned debt

---

| 4.41 | Incorp Services Inc | | Last 4 digits of account number  4190 | $ | 104.00 |
|---|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | | |

PO Box 94438
Number    Street

**When was the debt incurred?** 11/9/2019

| Las Vegas | NV | 89193-4438 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

**Is the claim subject to offset?**

No

---

| Debtor 1 | Terri | Lei | Beidebach | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Yes                                  Line of credit debt

**4.42** Kabbage Inc
Nonpriority Creditor's Name

730 Peachtree St NE Ste 1100
Number    Street

Atlanta                GA      30308
City                State    ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Last 4 digits of account number** 0001

**When was the debt incurred?** 1/1/2015

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Line of credit debt

$ 31000.00

**4.43** Leviton Law Firm
Nonpriority Creditor's Name

1 Pierce Pl Ste 725W
Number    Street

Itasca                IL      60143
City                State    ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Last 4 digits of account number** 7053

**When was the debt incurred?** 2/16/2018

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Assigned debt

$ 249.00

**4.44** LVNV Funding LLC
Nonpriority Creditor's Name

55 Beattie Pl Ste 110
Number    Street

Greenville            SC      29601-2165
City                State    ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Last 4 digits of account number** 4727

**When was the debt incurred?** 12/18/2015

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans

$ 1198.02

| Debtor 1 | Terri | Lei | Beidenbach | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

|  |  |
|---|---|
| **Check if this claim is for a community debt** | Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | Debts to pension or profit-sharing plans, and other similar debts |
| No | Other. Specify |
| Yes | Assigned debt |

| 4.45 | LVNV Funding LLC | Last 4 digits of account number  1383 | $ 16213.79 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | 55 Beattie Pl Ste 110 | When was the debt incurred?  1/1/2012 | |
| | Number    Street | | |

| Greenville | SC | 29601-2165 | As of the date you file, the claim is: Check all that apply |
|---|---|---|---|
| City | State | ZIP Code | |

**Who incurred the debt?** Check one.

- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

- No
- Yes

Assigned debt

| 4.46 | LVNV Funding LLC | Last 4 digits of account number  0001 | $ 22435.10 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | 55 Beattie Pl Ste 110 | When was the debt incurred?  3/21/2014 | |
| | Number    Street | | |

| Greenville | SC | 29601-2165 | As of the date you file, the claim is: Check all that apply |
|---|---|---|---|
| City | State | ZIP Code | |

**Who incurred the debt?** Check one.

- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

- No
- Yes

Assigned debt

| 4.47 | McCarthy Burgess & Wolff Inc | Last 4 digits of account number  4727 | $ 1198.02 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | 26000 Cannon Rd | When was the debt incurred?  1/17/2020 | |
| | Number    Street | | |

| Cleveland | OH | 44146 | As of the date you file, the claim is: Check all that apply |
|---|---|---|---|
| City | State | ZIP Code | |

**Who incurred the debt?** Check one.

Contingent

Debtor 1    Terri          Lei          Beiden          Case number (*if known*) _____
            First Name     Middle Name   Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt
_____

---

| 4.48 | Midland Credit Management | Last 4 digits of account number  3007 | $    4549.50 |
|---|---|---|---|

Nonpriority Creditor's Name

PO Box 939069
Number    Street

**When was the debt incurred?**  3/22/2019

San Diego          CA      92193-9069
City               State   ZIP Code

**Who incurred the debt? Check one.**
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**As of the date you file, the claim is: Check all that apply**

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt
_____

---

| 4.49 | Midland Credit Management | Last 4 digits of account number  0063 | $    3545.95 |
|---|---|---|---|

Nonpriority Creditor's Name

PO Box 939069
Number    Street

**When was the debt incurred?**  5/3/2018

San Diego          CA      92193-9069
City               State   ZIP Code

**Who incurred the debt? Check one.**
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**As of the date you file, the claim is: Check all that apply**

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt
_____

---

| 4.50 | Monarch Recovery Management Inc | Last 4 digits of account number  9088 | $    1289.58 |
|---|---|---|---|

Nonpriority Creditor's Name

10965 Decatur Rd
Number    Street

| Debtor 1 | Terri | Lei | Beidelman | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

When was the debt incurred?  9/14/2018

| Philadelphia | PA | 19154 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Assigned debt

---

| 4.51 | Monarch Recovery Management Inc | Last 4 digits of account number  6013 | $ | 2304.70 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |

| 10965 Decatur Rd | | |
|---|---|---|
| Number    Street | | |

When was the debt incurred?  2/25/2020

| Philadelphia | PA | 19154 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Assigned debt

---

| 4.52 | National Enterprise Systems | Last 4 digits of account number  7871 | $ | 1384.23 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |

| 29125 Solon Rd | | |
|---|---|---|
| Number    Street | | |

When was the debt incurred?  12/18/2014

| Solon | OH | 44139-3442 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

| Official Form 106E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page  20  of  37 |
|---|---|---|

| Debtor 1 | Terri | Lei | Beidelman | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

| | Yes | | Assigned debt | |

---

| **4.53** | Navy Federal Credit Union | | | Last 4 digits of account number  0001 | $  22435.10 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

PO Box 3000
Number    Street

**When was the debt incurred?** 3/21/2014

| Merrifield | VA | 22119-3000 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

**Is the claim subject to offset?**

No
Yes

Credit card debt

---

| **4.54** | Navy Federal Credit Union | | | Last 4 digits of account number  1383 | $  16213.79 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

PO Box 3000
Number    Street

**When was the debt incurred?** 1/1/2012

| Merrifield | VA | 22119-3000 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

**Is the claim subject to offset?**

No
Yes

Line of credit debt

---

| **4.55** | Navy Federal Credit Union | | | Last 4 digits of account number  0001 | $  10038.16 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

PO Box 3000
Number    Street

**When was the debt incurred?** 3/8/2017

| Merrifield | VA | 22119-3000 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

Student loans

---

| Official Form 106E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 21 of 37 |
|---|---|---|

| Debtor 1 | Terri | Lei | Beideman | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Unsecured loan debt

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

---

**4.56**

Northstar Location Services LLC
Nonpriority Creditor's Name

4285 Genesee St
Number    Street

Cheektowaga          NY       14225
City                State    ZIP Code

Last 4 digits of account number  2936

When was the debt incurred?  10/7/2019

$ 743.10

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

As of the date you file, the claim is: Check all that apply

Contingent

Unliquidated

Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Assigned debt

---

**4.57**

PennCredit Corporation
Nonpriority Creditor's Name

2800 Commerce Dr
Number    Street

Harrisburg           PA       17110
City                State    ZIP Code

Last 4 digits of account number  7621

When was the debt incurred?  10/28/2019

$ 1328.79

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

As of the date you file, the claim is: Check all that apply

Contingent

Unliquidated

Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Assigned debt

---

**4.58**

PennCredit Corporation
Nonpriority Creditor's Name

2800 Commerce Dr
Number    Street

Harrisburg           PA       17110
City                State    ZIP Code

Last 4 digits of account number  9097

When was the debt incurred?  3/22/2019

$ 429.78

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

Contingent

---

Debtor 1    Terri    Lei    Beidenbach    Case number (*if known*) _____

| First Name | Middle Name | Last Name |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |

       Debtor 1 only                                    Unliquidated

       Debtor 2 only                                    Disputed

       Debtor 1 and Debtor 2 only

       At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

       **Check if this claim is for a community debt**       Student loans

                                             Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**            Debts to pension or profit-sharing plans, and other similar debts

       No                                   Other. Specify

       Yes                                  Assigned debt

---

**4.59**  Portfolio Recovery Associates LLC

Nonpriority Creditor's Name

Last 4 digits of account number  **5182**

**When was the debt incurred?**  **4/14/2020**

$ 1023.65

120 Corporate Blvd

Number    Street

Norfolk    VA    23502-4952

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply

    Contingent

    Unliquidated

**Who incurred the debt?** Check one.

    Disputed

    Debtor 1 only

    Debtor 2 only    **Type of NONPRIORITY unsecured claim:**

    Debtor 1 and Debtor 2 only

    At least one of the debtors and another       Student loans

                                 Obligations arising out of a separation agreement or divorce that you did not report as priority claims

    **Check if this claim is for a community debt**

                                 Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**       Other. Specify

    No

    Yes                         Assigned debt

---

**4.60**  Portfolio Recovery Associates LLC

Nonpriority Creditor's Name

Last 4 digits of account number  **4419**

**When was the debt incurred?**  **6/27/2019**

$ 2387.23

120 Corporate Blvd

Number    Street

Norfolk    VA    23502-4952

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply

    Contingent

    Unliquidated

**Who incurred the debt?** Check one.

    Disputed

    Debtor 1 only

    Debtor 2 only    **Type of NONPRIORITY unsecured claim:**

    Debtor 1 and Debtor 2 only

    At least one of the debtors and another       Student loans

                                 Obligations arising out of a separation agreement or divorce that you did not report as priority claims

    **Check if this claim is for a community debt**

                                 Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**       Other. Specify

    No

    Yes                         Assigned debt

---

**4.61**  Portfolio Recovery Associates LLC

Nonpriority Creditor's Name

Last 4 digits of account number  **5868**

$ 334.62

120 Corporate Blvd

Number    Street

---

Official Form 106E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 23 of 37

Debtor 1    Terri            Lei            Beidelman

| First Name | Middle Name | Last Name | Case number (*if known*) |
|---|---|---|---|

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**When was the debt incurred?** 10/31/2019

Norfolk                    VA        23502-4952
City                        State      ZIP Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

    Contingent
Debtor 1 only
    Unliquidated
Debtor 2 only
    Disputed
Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

    Student loans

**Check if this claim is for a community debt**

    Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

    Debts to pension or profit-sharing plans, and other similar debts

No
    Other. Specify
Yes

    Assigned debt

---

**4.62** | Portfolio Recovery Associates LLC

Nonpriority Creditor's Name

**Last 4 digits of account number** 0921      $ 4306.35

120 Corporate Blvd

Number    Street

**When was the debt incurred?** 10/31/2019

Norfolk                    VA        23502-4952
City                        State      ZIP Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

    Contingent
Debtor 1 only
    Unliquidated
Debtor 2 only
    Disputed
Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

    Student loans

**Check if this claim is for a community debt**

    Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

    Debts to pension or profit-sharing plans, and other similar debts

No
    Other. Specify
Yes

    Assigned debt

---

**4.63** | Portfolio Recovery Associates LLC

Nonpriority Creditor's Name

**Last 4 digits of account number** 1255      $ 713.68

120 Corporate Blvd

Number    Street

**When was the debt incurred?** 11/7/2020

Norfolk                    VA        23502-4952
City                        State      ZIP Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

    Contingent
Debtor 1 only
    Unliquidated
Debtor 2 only
    Disputed
Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

    Student loans

**Check if this claim is for a community debt**

    Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

    Debts to pension or profit-sharing plans, and other similar debts

No
    Other. Specify

---

| Debtor 1 | Terri | Lei | Beidel | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Yes                                         Assigned debt

---

**4.64**

Portfolio Recovery Associates LLC
Nonpriority Creditor's Name

120 Corporate Blvd
Number     Street

Norfolk                VA        23502-4952
City                   State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Last 4 digits of account number**  6013

**When was the debt incurred?** 9/7/2022

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

$   2304.70

---

**4.65**

Pressler Felt & Warshaw LLP
Nonpriority Creditor's Name

7 Entin Rd
Number     Street

Parsippany             NJ        07054-5020
City                   State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Last 4 digits of account number**  4496

**When was the debt incurred?** 3/29/2017

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

$   809.19

---

**4.66**

Radius Global Solutions
Nonpriority Creditor's Name

7831 Glenroy Ste 250
Number     Street

Edina                  MN        55439-3117
City                   State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Last 4 digits of account number**  4727

**When was the debt incurred?** 12/8/2015

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans

$   1198.02

---

| Debtor 1 | Terri | Lei | Beidelman | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Assigned debt

---

**4.67**

Receivables Performance Management LLC
Nonpriority Creditor's Name

20818 44th Ave W Ste 140
Number    Street

Lynnwood                    WA          98036
City                        State       ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Last 4 digits of account number  9865

**When was the debt incurred?** 5/4/2018

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Assigned debt

$          952.65

---

**4.68**

Resurgent Capital Services
Nonpriority Creditor's Name

PO Box 10497
Number    Street

Greenville                  SC          29603-0497
City                        State       ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Last 4 digits of account number  1383

**When was the debt incurred?** 1/1/2012

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Assigned debt

$        16213.79

---

**4.69**

Resurgent Capital Services
Nonpriority Creditor's Name

PO Box 10497
Number    Street

Greenville                  SC          29603-0497
City                        State       ZIP Code

**Who incurred the debt?** Check one.

Last 4 digits of account number  0001

**When was the debt incurred?** 3/21/2014

**As of the date you file, the claim is:** Check all that apply
Contingent

$        22435.10

---

| Debtor 1 | Terri | Lei | Beider | Case number (*if known*) |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

---

| 4.70 | Resurgent Capital Services | Last 4 digits of account number  4727 | $ 1198.02 |

Nonpriority Creditor's Name

PO Box 10497

When was the debt incurred?  12/8/2015

Number    Street

Greenville          SC     29603-0497

City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

**Is the claim subject to offset?**

No
Yes

Assigned debt

---

| 4.71 | Revco Solutions | Last 4 digits of account number  7871 | $ 1384.23 |

Nonpriority Creditor's Name

250 E Broad St Ste 400

When was the debt incurred?  12/18/2014

Number    Street

Columbus          OH     43215-3761

City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

**Is the claim subject to offset?**

No
Yes

Assigned debt

---

| 4.72 | Rickart Collection Systems Inc | Last 4 digits of account number  0842 | $ 50.00 |

Nonpriority Creditor's Name

PO Box 7242

Number    Street

---

| Debtor 1 | Terri | Lei | Beideman | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**When was the debt incurred?** 8/1/2016

| North Brunswick | NJ | 08902 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply

- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.

- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

- **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- No
- Yes

**Type of NONPRIORITY unsecured claim:**

- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

  Assigned debt

---

| 4.73 | Sage Capital Recovery | | **Last 4 digits of account number**  9865 | $ 952.65 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | 401 Minnetonka Rd | | **When was the debt incurred?**  5/4/2018 | |
| | Number    Street | | | |

| Hi-Nella | NJ | 08033 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply

- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.

- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

- **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- No
- Yes

**Type of NONPRIORITY unsecured claim:**

- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

  Assigned debt

---

| 4.74 | Santander Bank NA | | **Last 4 digits of account number**  4727 | $ 341.63 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | 824 N Market St Ste 100 | | **When was the debt incurred?**  7/26/2018 | |
| | Number    Street | | | |

| Wilmington | DE | 19801-4937 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply

- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.

- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

- **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- No

**Type of NONPRIORITY unsecured claim:**

- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

Debtor 1    Terri              Lei              Beidelman                                    Case number (*if known*) _____
            First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|
| Yes | |
| Overdrawn checking account debt | |

---

**4.75**

Santander Bank NA                                    Last 4 digits of account number  6199          $    1499.28
Nonpriority Creditor's Name

824 N Market St Ste 100                              **When was the debt incurred?**  11/27/2017
Number    Street

Wilmington                    DE      19801-4937     **As of the date you file, the claim is:** Check all that apply
City                          State   ZIP Code
                                                        Contingent
**Who incurred the debt?** Check one.                   Unliquidated
                                                        Disputed
    Debtor 1 only
    Debtor 2 only                                    **Type of NONPRIORITY unsecured claim:**
    Debtor 1 and Debtor 2 only
    At least one of the debtors and another            Student loans
                                                        Obligations arising out of a separation agreement or divorce
    **Check if this claim is for a community debt**     that you did not report as priority claims
                                                        Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                     Other. Specify
    No
    Yes                                              Overdrawn checking account debt

---

**4.76**

Santander Bank NA                                    Last 4 digits of account number  6202          $    805.44
Nonpriority Creditor's Name

824 N Market St Ste 100                              **When was the debt incurred?**  12/31/2016
Number    Street

Wilmington                    DE      19801-4937     **As of the date you file, the claim is:** Check all that apply
City                          State   ZIP Code
                                                        Contingent
**Who incurred the debt?** Check one.                   Unliquidated
                                                        Disputed
    Debtor 1 only
    Debtor 2 only                                    **Type of NONPRIORITY unsecured claim:**
    Debtor 1 and Debtor 2 only
    At least one of the debtors and another            Student loans
                                                        Obligations arising out of a separation agreement or divorce
    **Check if this claim is for a community debt**     that you did not report as priority claims
                                                        Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                     Other. Specify
    No
    Yes                                              Overdrawn checking account debt

---

**4.77**

Santander Bank NA                                    Last 4 digits of account number  7401          $    11251.00
Nonpriority Creditor's Name

824 N Market St Ste 100                              **When was the debt incurred?**  10/3/2015
Number    Street

Wilmington                    DE      19801-4937     **As of the date you file, the claim is:** Check all that apply
City                          State   ZIP Code
                                                        Contingent
**Who incurred the debt?** Check one.                   Unliquidated
                                                        Disputed
    Debtor 1 only
    Debtor 2 only                                    **Type of NONPRIORITY unsecured claim:**
    Debtor 1 and Debtor 2 only
    At least one of the debtors and another            Student loans

---

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 29 of 37

| Debtor 1 | Terri | Lei | Beideman | | Case number (*if known*) | _____ |
|----------|-------|-----|----------|--|--------------------------|---------------|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
_____ Line of credit debt

---

**4.78**

Santander Bank NA
Nonpriority Creditor's Name

824 N Market St Ste 100
Number    Street

Wilmington                    DE        19801-4937
City                          State      ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Last 4 digits of account number  9751

**When was the debt incurred?**  10/3/2015

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
_____ Line of credit debt

$  15880.31

---

**4.79**

SIMM Associates Inc
Nonpriority Creditor's Name

800 Pencader Dr
Number    Street

Newark                        DE        19702
City                          State      ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Last 4 digits of account number  9163

**When was the debt incurred?**  8/4/2018

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
_____ Assigned debt

$  2387.23

---

**4.80**

Suburban Disposal Inc
Nonpriority Creditor's Name

22 Turner Dr
Number    Street

Spencerport                   NY        14559
City                          State      ZIP Code

**Who incurred the debt?** Check one.

Last 4 digits of account number  6035

**When was the debt incurred?**  8/18/2017

**As of the date you file, the claim is:** Check all that apply
Contingent

$  455.00

---

Debtor 1    Terri                     Lei                     Beideman                                    Case number (*if known*) _____

First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Utility service debt

---

| 4.81 | Synchrony Bank | Last 4 digits of account number  4578 | $  334.00 |
|---|---|---|---|

Nonpriority Creditor's Name

PO Box 965065

Number    Street

**When was the debt incurred?**  6/9/2016

Orlando                     FL        32896-5065

City                     State    ZIP Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Credit card debt

---

| 4.82 | Synchrony Bank | Last 4 digits of account number  4206 | $  560.97 |
|---|---|---|---|

Nonpriority Creditor's Name

PO Box 965065

Number    Street

**When was the debt incurred?**  6/10/2016

Orlando                     FL        32896-5065

City                     State    ZIP Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Credit card debt

---

| 4.83 | Synchrony Bank | Last 4 digits of account number  1918 | $  713.68 |
|---|---|---|---|

Nonpriority Creditor's Name

PO Box 965065

Number    Street

| Debtor 1 | Terri | Lei | Beidelman | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

When was the debt incurred?  1/11/2015

| Orlando | FL | 32896-5065 |
|---|---|---|
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- Contingent
- Unliquidated
- Disputed

- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

**Check if this claim is for a community debt**

Is the claim subject to offset?

- No
- Yes

Credit card debt

---

| 4.84 | Synchrony Bank | Last 4 digits of account number  1853 | $ 2387.23 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

PO Box 965065

| Number | Street |
|---|---|

When was the debt incurred?  9/24/2015

| Orlando | FL | 32896-5065 |
|---|---|---|
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- Contingent
- Unliquidated
- Disputed

- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

**Check if this claim is for a community debt**

Is the claim subject to offset?

- No
- Yes

Credit card debt

---

| 4.85 | Synchrony Bank | Last 4 digits of account number  9163 | $ 2304.70 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

PO Box 965065

| Number | Street |
|---|---|

When was the debt incurred?  5/28/2018

| Orlando | FL | 32896-5065 |
|---|---|---|
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- Contingent
- Unliquidated
- Disputed

- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

**Check if this claim is for a community debt**

Is the claim subject to offset?

- No

---

| Debtor 1 | Terri | Lei | Beidelman | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Yes                                                                     Credit card debt

---

**4.86**

Synchrony Bank
Nonpriority Creditor's Name

PO Box 965065
Number    Street

Orlando                    FL        32896-5065
City                       State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number  0923

**When was the debt incurred?**  11/1/2013

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Credit card debt

$    4018.62

---

**4.87**

Synchrony Bank
Nonpriority Creditor's Name

PO Box 965065
Number    Street

Orlando                    FL        32896-5065
City                       State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number  9765

**When was the debt incurred?**  7/21/2013

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Credit card debt

$    4306.00

---

**4.88**

Synchrony Bank
Nonpriority Creditor's Name

PO Box 965065
Number    Street

Orlando                    FL        32896-5065
City                       State     ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

Last 4 digits of account number  4974

**When was the debt incurred?**  11/1/2013

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans

$    932.33

---

| Debtor 1 | Terri | Lei | Beideman | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Credit card debt

---

**4.89** The Hartford
Nonpriority Creditor's Name

One Hartford Plz
Number    Street

Hartford    CT    06155
City    State    ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Last 4 digits of account number  6087

**When was the debt incurred?**  12/1/2016

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Insurance premium debt

$    2104.00

---

**4.90** Valentine and Kebartas LLC
Nonpriority Creditor's Name

15 Union St
Number    Street

Lawrence    MA    01840
City    State    ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Last 4 digits of account number  0427

**When was the debt incurred?**  4/11/2018

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Assigned debt

$    4609.81

---

**4.91** Bureau of Accounts Control
Nonpriority Creditor's Name

3601 Rt 9 N
Number    Street

Howell    NJ    07731
City    State    ZIP Code

**Who incurred the debt?** Check one.

Last 4 digits of account number  1209

**When was the debt incurred?**  5/26/2020

**As of the date you file, the claim is:** Check all that apply
Contingent

$    322.00

---

Official Form 106E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor 1 | Terri | Lei | Beidelman | | Case number (*if known*) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

---

| 4.92 | TrueAccord | | | | Last 4 digits of account number  6707 | $  10038.16 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

16011 College Blvd Ste 130
Number    Street

**When was the debt incurred?** 10/25/2022

| Lenexa | KS | 66219 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Assigned debt

| Debtor 1 | Terri | Lei | Beiderman | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | | |

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

The Law Offices of Frederic I Weinberg & Associates PC
Name

1200 Laurel Oak Rd Ste 104
Number    Street

Voorhees                NJ    08043
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.5 of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 0184

---

Pressler Felt & Warshaw LLP
Name

7 Entin Rd
Number    Street

Parsippany                NJ    07054-5020
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.32 of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 1100

---

Capital One Bank NA
Name

PO Box 30285
Number    Street

Salt Lake City                UT    84130
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.48 of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 3007

---

| Debtor 1 | Terri | Lei | Beidel Do | Case number (*if known*) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:**     **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ _____ |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ _____ |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ _____ |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** $ _____ |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. $ _____ |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** $ 386139.92 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $ 386139.92 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Terri | Lei | Beideman |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | | | |
| (If known) | | | |

Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name | |
| Number    Street | |
| City                    State    ZIP Code | |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Terri          Lei          Beideman | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 (Spouse, if filing) | | |
| | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the: | District of New Jersey | |
| Case number (If known) | | |

Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   No

   Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   No. Go to line 3.

   Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   No

   Yes. In which community state or territory did you live? _____ . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____

   _____
   City                          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| | *Column 1:* **Your codebtor** | | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|---|---|
| 3.1 | Benjamin Beideman | | | Schedule D, line _____ |
| | Name | | | Schedule E/F, line 4.29 |
| | 215 Nantucket Rd | | | Schedule G, line _____ |
| | Number    Street | | | |
| | Forked River | NJ | 08731-5105 | |
| | City | State | ZIP Code | |
| 3.2 | Vast Array Corporation | | | Schedule D, line _____ |
| | Name | | | Schedule E/F, line 4.1 |
| | 215 Nantucket Rd | | | Schedule G, line _____ |
| | Number    Street | | | |
| | Forked River | NJ | 08731-5105 | |
| | City | State | ZIP Code | |

Debtor 1    Terri _____ Lei _____ Beiderman _____        Case number (*if known*) _____
             First Name      Middle Name      Last Name

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |

**3.3**
Vast Array Corporation
_____
Name

_____
Number    Street

_____

_____
City                    State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.2
Schedule G, line _____

**3.4**
Vast Array Corporation
_____
Name

_____
Number    Street

_____

_____
City                    State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.4
Schedule G, line _____

**3.5**
Vast Array Corporation
_____
Name

_____
Number    Street

_____

_____
City                    State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.7
Schedule G, line _____

**3.6**
Vast Array Corporation
_____
Name

_____
Number    Street

_____

_____
City                    State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.9
Schedule G, line _____

**3.7**
Vast Array Corporation
_____
Name

_____
Number    Street

_____

_____
City                    State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.18
Schedule G, line _____

**3.8**
Vast Array Corporation
_____
Name

_____
Number    Street

_____

_____
City                    State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.21
Schedule G, line _____

Debtor 1    Terri _____ Lei _____ Beideman _____    Case number (*if known*) _____
            First Name    Middle Name    Last Name

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |

| 3.9 | Vast Array Corporation | Schedule D, line _____ |
|---|---|---|
| | Name | Schedule E/F, line 4.23 |
| | Number    Street | Schedule G, line _____ |
| | | |
| | City    State    ZIP Code | |

| 3.10 | Vast Array Corporation | Schedule D, line _____ |
|---|---|---|
| | Name | Schedule E/F, line 4.24 |
| | Number    Street | Schedule G, line _____ |
| | | |
| | City    State    ZIP Code | |

| 3.11 | Vast Array Corporation | Schedule D, line _____ |
|---|---|---|
| | Name | Schedule E/F, line 4.27 |
| | Number    Street | Schedule G, line _____ |
| | | |
| | City    State    ZIP Code | |

| 3.12 | Vast Array Corporation | Schedule D, line _____ |
|---|---|---|
| | Name | Schedule E/F, line 4.28 |
| | Number    Street | Schedule G, line _____ |
| | | |
| | City    State    ZIP Code | |

| 3.13 | Vast Array Corporation | Schedule D, line _____ |
|---|---|---|
| | Name | Schedule E/F, line 4.38 |
| | Number    Street | Schedule G, line _____ |
| | | |
| | City    State    ZIP Code | |

| 3.14 | Vast Array Corporation | Schedule D, line _____ |
|---|---|---|
| | Name | Schedule E/F, line 4.40 |
| | Number    Street | Schedule G, line _____ |
| | | |
| | City    State    ZIP Code | |

Debtor 1    Terri _____ Lei _____ Beider _____    Case number (*if known*) _____
          First Name   Middle Name   Last Name

| | | |
|---|---|---|
| | **Additional Page to List More Codebtors** | |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |

| 3.15 | Vast Array Corporation <br> Name <br><br> Number    Street <br><br><br> City                State        ZIP Code | Schedule D, line _____ <br> Schedule E/F, line 4.41 <br> Schedule G, line _____ |
|---|---|---|
| 3.16 | Vast Array Corporation <br> Name <br><br> Number    Street <br><br><br> City                State        ZIP Code | Schedule D, line _____ <br> Schedule E/F, line 4.42 <br> Schedule G, line _____ |
| 3.17 | Vast Array Corporation <br> Name <br><br> Number    Street <br><br><br> City                State        ZIP Code | Schedule D, line _____ <br> Schedule E/F, line 4.43 <br> Schedule G, line _____ |
| 3.18 | Vast Array Corporation <br> Name <br><br> Number    Street <br><br><br> City                State        ZIP Code | Schedule D, line _____ <br> Schedule E/F, line 4.50 <br> Schedule G, line _____ |
| 3.19 | Vast Array Corporation <br> Name <br><br> Number    Street <br><br><br> City                State        ZIP Code | Schedule D, line _____ <br> Schedule E/F, line 4.57 <br> Schedule G, line _____ |
| 3.20 | Vast Array Corporation <br> Name <br><br> Number    Street <br><br><br> City                State        ZIP Code | Schedule D, line _____ <br> Schedule E/F, line 4.58 <br> Schedule G, line _____ |

Debtor 1    Terri           Lei          Beiden
            First Name      Middle Name  Last Name

Case number (*if known*) _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.21**

Vast Array Corporation
Name

_____
Number    Street

_____

_____
City                State      ZIP Code

Schedule D, line _____
Schedule E/F, line 4.67
Schedule G, line _____

**3.22**

Vast Array Corporation
Name

_____
Number    Street

_____

_____
City                State      ZIP Code

Schedule D, line _____
Schedule E/F, line 4.73
Schedule G, line _____

**3.23**

Vast Array Corporation
Name

_____
Number    Street

_____

_____
City                State      ZIP Code

Schedule D, line _____
Schedule E/F, line 4.75
Schedule G, line _____

**3.24**

Vast Array Corporation
Name

_____
Number    Street

_____

_____
City                State      ZIP Code

Schedule D, line _____
Schedule E/F, line 4.76
Schedule G, line _____

**3.25**

Vast Array Corporation
Name

_____
Number    Street

_____

_____
City                State      ZIP Code

Schedule D, line _____
Schedule E/F, line 4.79
Schedule G, line _____

**3.26**

Vast Array Corporation
Name

_____
Number    Street

_____

_____
City                State      ZIP Code

Schedule D, line _____
Schedule E/F, line 4.80
Schedule G, line _____

Debtor 1    Terri            Lei            Beiden        Case number (*if known*) _____
        First Name        Middle Name        Last Name

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.27**
Vast Array Corporation
Name

Number    Street

City                State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.82
Schedule G, line _____

**3.28**
Vast Array Corporation
Name

Number    Street

City                State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.85
Schedule G, line _____

**3.29**
Vast Array Corporation
Name

Number    Street

City                State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.86
Schedule G, line _____

**3.30**
Vast Array Corporation
Name

Number    Street

City                State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.88
Schedule G, line _____

**3.31**
Vast Array Corporation
Name

Number    Street

City                State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.89
Schedule G, line _____

**3.32**
Vast Array Corporation
Name

Number    Street

City                State        ZIP Code

Schedule D, line _____
Schedule E/F, line 4.90
Schedule G, line _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Terri | Lei | Beideman |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may Include student or homemaker, if it applies | **Employment Status** | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | _____ | _____ |
| | **Employer's name** | _____ | _____ |
| | **Employer's address** | _____<br>Number  Street<br>_____<br>_____<br>City          State    Zip Code | _____<br>Number  Street<br>_____<br>_____<br>City          State    Zip Code |
| | **How long employed there?** | _____ | _____ |

| Debtor 1 | Terri | Lei | Beidebian | | Case number (*if known*) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ _____ | $ _____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ _____ | + $ _____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ _____ | $ _____ |
| | Copy line 4 here ................................................................➔ | 4. | $ _____ | $ _____ |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ _____ | $ _____ |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ _____ | $ _____ |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ _____ | $ _____ |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ _____ | $ _____ |
| 5e. | **Insurance** | 5e. | $ _____ | $ _____ |
| 5f. | **Domestic support obligations** | 5f. | $ _____ | $ _____ |
| 5g. | **Union dues** | 5g. | $ _____ | $ _____ |
| 5h. | **Other deductions.** Specify: _____ | 5h. | + $ _____ | + $ _____ |
| | _____ | 5h. | + $ _____ | + $ _____ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ _____ | $ _____ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ _____ | $ _____ |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ _____ |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ _____ |
| 8c. | **Family support payment that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ _____ |
| 8d. | **Unemployment compensation** | 8d. | $ 3484.00 | $ _____ |

Official Form 106I                                    **Schedule I: Your Income**                                    page 2

| Debtor 1 | Terri | Lei | Beidecourt | Case number (*if known*) |
| | First Name | Middle Name | Last Name | |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 8e. | **Social Security** | | 8e. | $ 1597.00 | $ |
| 8f. | **Other government assistance that you regularly receive** | | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | | |
| | Specify: Lifeline, Affordable Connectivity Program, and 50% share of Universal Service Fund and Low Income Home Energy Assistance Program | | 8f. | $ 88.43 | $ |
| | | | 8f. | $ | $ |
| 8g. | **Pension or retirement income** | | 8g. | $ 0.00 | $ |
| 8h. | **Other monthly income.** Specify: | | 8h. | + $ 0.00 | + $ |
| | | | 8h. | + $ | + $ |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | | 9. | $ 5169.43 | $ |
| 10. | **Calculate monthly income. Add line 7 + line 9.** Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $ 5169.43 + | $ = $ 5169.43 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ _____ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 5169.43

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

No.

Yes. Explain:  Unemployment compensation will be exhausted in January 2023, unless I find employment sooner. Social Security will increase by 8.7% beginning with the payment made for January 2023. I expect to receive an income tax refund, which I have exempted on Schedule C.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Terri | Lei | Beideman |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

Check if this is:

An amended filing

A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1.  **Is this a joint case?**

    No. Go to line 2.

    Yes. **Does Debtor 2 live in a separate household?**

        No

        Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2.  **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

| | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| | No | | | |
| | Yes. Fill out this information for each dependent ...................... | _____ | _____ | No Yes |
| | | _____ | _____ | No Yes |
| | | _____ | _____ | No Yes |
| | | _____ | _____ | No Yes |
| | | _____ | _____ | No Yes |
| | | _____ | _____ | No Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    No

    Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

| | | | **Your expenses** |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1344.99 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |

| Debtor 1 | Terri | Lei | Beideman | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | Your expenses |
|---|---|---|---|
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 100.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 60.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 35.00 |
| 6d. | Other Specify: | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 50.00 |
| 10. | **Personal care products and services** | 10. | $ 70.00 |
| 11. | **Medical and dental expenses** | 11. | $ 62.50 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 65.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 30.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20 | | |
| 15a. | Life insurance | 15a. | $ 306.00 |
| 15b. | Health insurance | 15b. | $ 0.00 |
| 15c. | Vehicle insurance | 15c. | $ 45.00 |
| 15d. | Other. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 471.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. | Other. Specify: | 17c. | $ |
| 17d. | Other. Specify: | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I,* **Your Income (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | |

| Debtor 1 | Terri | Lei | Beiderman | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | | |

| | | Your expenses |
|---|---|---|

| | Specify: _____ | 19. | $ | 0.00 |
|---|---|---|---|---|
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other.** Specify: _____ | 21. | +$ | 0.00 |
| 22. | **Calculate your monthly expenses.** | | | |
| | 22a. Add lines 4 through 21. | 22a. | $ | 3089.49 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $ | 3089.49 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $ | 5169.43 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 3089.49 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 2079.94 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes. Explain here: Inflation is increasing costs across the board. Based on information from financial experts, I expect this to continue for some time.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Terri | Lei | Beideman |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

1. There is no presumption of abuse.

2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income 12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ _____ | | | |
| Ordinary and necessary operating expenses | - $ 0.00 | - $ _____ | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ _____ | Copy here → | $ 0.00 | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ _____ | | | |
| Ordinary and necessary operating expenses | - $ 0.00 | - $ _____ | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ _____ | Copy here → | $ 0.00 | $ _____ |

| Debtor 1 | Terri | Lei | Beidema | Case number (*if known*) |
| | First Name | Middle Name | Last Name | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

7. **Interest, dividends, and royalties** — $ 0.00 — $ _____

8. **Unemployment compensation** — $ 2903.33 — $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ........................ ↓

For you .............................................................. $ _____ 0.00

For your spouse ............................................. $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — $ 0.00 — $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____ — $ _____ — $ _____

_____ — $ _____ — $ _____

**Total amounts from separate pages, if any.** — + $ 0.00 — + $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. — $ 2903.33 + $ _____ = $ 2903.33

Total current monthly income

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ................................................ Copy line 11 here ➜ $ 2903.33

Multiply by 12 (the number of months in a year). — x 12

12b. The result is your annual income for this part of the form. — 12b. $ 34839.96

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. — NJ

Fill in the number of people in your household. — 1

Fill in the median family income for your state and size of household. ...................................... — 13. $ 77681.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

| Debtor 1 | Terri | Lei | Beidemann | Case number (*if known*) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**14. How do the lines compare?**

14a.   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

| Part 3: | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____          X _____
Signature of Debtor 1                                           Signature of Debtor 2

Date   12/12/2022                                               Date   _____
MM / DD / YYYY                                                MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Terri | Lei | Beideman |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  District of New Jersey

Case number
(If known)  _____

☐ Check if this is an amended filing

## Official Form 122A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)  12/15

**File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| Part 1: | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☐ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, There is no presumption of abuse, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.  Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.  Go to line 3.

      ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No. Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ , which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____ , which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, The Means Test does not apply now, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Terri | Lei | Beideman |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

    Married

    Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

    No

    Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | Same as Debtor 1 | Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City        State   ZIP Code | | _____ City        State   ZIP Code | |
| | | Same as Debtor 1 | Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City        State   ZIP Code | | _____ City        State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    No

    Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Terri | Lei | Beider | Case number (*if known*) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☐ Yes. Fill in the details.

| | | Debtor 1: | | Debtor 2: | |
|---|---|---|---|---|---|
| | | **Source of Income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Source of Income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | Wages, commissions, bonuses, tips | $  20769.30 | Wages, commissions, bonuses, tips | $ _____ |
| | | Operating Business | | Operating Business | |
| **For last calendar year:** (January 1 to December 31, 2021 ) YYYY | | Wages, commissions, bonuses, tips | $  17107.00 | Wages, commissions, bonuses, tips | $ _____ |
| | | Operating Business | | Operating Business | |
| **For last calendar year before that:** (January 1 to December 31, 2020 ) YYYY | | Wages, commissions, bonuses, tips | $  5780.00 | Wages, commissions, bonuses, tips | $ _____ |
| | | Operating Business | | Operating Business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☐ Yes. Fill in the details.

| | Debtor 1: | | Debtor 2: | |
|---|---|---|---|---|
| | **Source of Income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Source of Income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $  15970.00 | _____ | $ _____ |
| | Unemployment compensation | $  13936.00 | _____ | $ _____ |
| | _____ | $ _____ | | $ _____ |
| **For last calendar year:** (January 1 to December 31, 2021 ) YYYY | Social Security | $  20022.00 | _____ | $ _____ |
| | Unemployment compensation | $  13206.00 | _____ | $ _____ |
| | _____ | $ _____ | | $ _____ |
| **For the calendar year before that:** (January 1 to December 31, 2020 ) YYYY | Social Security | $  19771.00 | _____ | $ _____ |

Debtor 1    Terri            Lei              Beiden Bao                              Case number (*if known*) _____
            First Name       Middle Name      Last Name

| | Unemployment compensation | $ | 19819.00 | _____ | $ |
| | _____ | $ | | _____ | $ |
| _____ | | | | | |

| Debtor 1 | Terri | Lei | Beideman | | Case number (if known) | |
| | First Name | Middle Name | Last Name | | | |

---

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   No.   Go to line 7.

   Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   No.   Go to line 7.

   Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Specialized Loan Servicing LLC<br>Creditor's Name | 10/01/2022 | $ 4034.96 | $ 237253.21 | Mortgage |
| | 11/01/2022 | | | Car |
| 6200 S Quebec St Ste 300<br>Number   Street | | | | Credit Card |
| | 12/01/2022 | | | Loan Repayment |
| | | | | Suppliers or vendors |
| Greenwood Village   CO   80111<br>City         State   ZIP Code | | | | Other |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony

   No.

   Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City         State   ZIP Code | | | | |

---

| Debtor 1 | Terri | Lei | Beiderman | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No.

   ☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $ _____ | $ _____ | |
| _____<br>Number    Street | | | | |
| _____ | | | | |
| _____<br>City                    State    ZIP Code | | | | |

| Debtor 1 | Terri | Lei | Beideman | Case number (*if known*) _____ |
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☐ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Barclays Bank Delaware vs. Terri Beideman | Lawsuit to collect nonpriority unsecured debt. (Debt listed in Schedule E/F, item 4.5.) | Superior Court of New Jersey / Ocean Vicinage<br>Court Name<br><br>118 Washington St<br>Number    Street<br><br>Toms River        NJ        08754<br>City        State    ZIP Code | Pending<br>On appeal<br>Concluded |
| Case number | DC-010922-19 | | | |
| Case title | Midland Credit Management vs. Terri L Beideman | Lawsuit to collect nonpriority unsecured debt. (Debt listed in Schedule E/F, item 4.48.) | Superior Court of New Jersey / Ocean Vicinage<br>Court Name<br><br>118 Washington St<br>Number    Street<br><br>Toms River        NJ        08754<br>City        State    ZIP Code | Pending<br>On appeal<br>Concluded |
| Case number | DC-006214-20 | | | |
| Case title | Discover Bank vs Terri L Beideman | Lawsuit to collect nonpriority unsecured debt. (Debt listed in Schedule E/F, item 4.32.) | Superior Court of New Jersey / Ocean Vicinage<br>Court Name<br><br>118 Washington St<br>Number    Street<br><br>Toms River        NJ        08754<br>City        State    ZIP Code | Pending<br>On appeal<br>Concluded |
| Case number | DC-000053-21 | | | |
| Case title | Specialized Loan Servicing LLC. vs. Terri L Beideman et al | Foreclosure dismissed in 07/2021, Motion to Reinstate was withdrawn in 07/2022 due to executed mortgage modification. (Asset listed in Schedule A/B, item 1.1.) | Superior Court of New Jersey / Ocean Vicinage<br>Court Name<br><br>118 Washington St<br>Number    Street<br><br>Toms River        NJ        08754<br>City        State    ZIP Code | Pending<br>On appeal<br>Concluded |
| Case number | F-020070-18 | | | |

| Debtor 1 | Terri | Lei | Beideman | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | | |

---

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Discover Bank | Writ of execution levied against TD Bank account with segregated Social Security funds. $52.25 was placed on hold and later released by creditor. | 10/04/2022 | $            52.25 |
| Creditor's Name | | | |
| 6500 New Albany Rd E | **Explain what happened** | | |
| Number     Street | | | |
| | ☐ Property was repossessed. | | |
| New Albany          OH     43054 | ☐ Property was foreclosed. | | |
| City          State    ZIP Code | ☐ Property was garnished. | | |
| | ☑ Property was attached, seized, or levied. | | |

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number     Street | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:**      **List Certain Gifts and Contributions**

---

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |

---

Debtor 1   Terri         Lei          Beiden          Case number (*if known*) _____

First Name    Middle Name    Last Name

_____                                    $ _____

Number    Street

_____

_____

City              State    ZIP Code

Person's relationship to you  _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

No

Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name |  | _____ | $ _____ |
| Number    Street |  |  |  |
| City    State    ZIP Code |  |  |  |

**Part 6:    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

No

Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
|  |  | _____ | $ _____ |

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

No

Yes. Fill in the details.

Debtor 1    Terri _____ Lei _____ Beiden Dao _____    Case number (*if known*) _____

First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| 001 Debtorcc, Inc.<br>Person Who Was Paid | Pre-petition credit counselling services. | 11/13/2022 | $ 19.95 |
| 378 Summit Ave<br>Number    Street | | | |
| Jersey City         NJ    07306<br>City         State    ZIP Code | | | |
| https://www.debtorcc.org<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

   No

   Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number    Street | | | |
| City         State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

   No

   Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City         State    ZIP Code | | | |

| Debtor 1 | Terri | Lei | Beideman | Case number (*if known*) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Person's relationship to you _____

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☐ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

---

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____ <br> Name of Financial Institution <br><br> _____ <br> Number    Street <br><br> _____ <br><br> _____ <br> City        State    ZIP Code | XXXX– _____ | Checking <br> Savings <br> Money market <br> Brokerage <br> Other <br><br> _____ | _____ | $ _____ |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1  Terri          Lei          Beidelman                          Case number (*if known*) _____

First Name    Middle Name    Last Name

| Name of Financial Institution | Name | | No |
| | | | Yes |
| Number    Street | Number    Street | | |
| | | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

No

Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | No |
| | | | Yes |
| Name of Storage Facility | Name | | |
| | | | |
| Number    Street | Number    Street | | |
| | | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

No

Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $ _____ |
| Owner's Name | | | |
| | | | |
| Number    Street | Number    Street | | |
| | | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

| Debtor 1 | Terri | Lei | Beiderman | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    No

    Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | | | |
| City              State    ZIP Code | City              State    ZIP Code | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

    No

    Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | | | |
| City              State    ZIP Code | City              State    ZIP Code | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    No

    Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | Pending |
| Case number | Number    Street | | On appeal |
| | | | Concluded |
| | City              State    ZIP Code | | |

Debtor 1    Terri                    Lei                    Beideman

      First Name    Middle Name    Last Name        Case number (*if known*)

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

      **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

      **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

      **A partner in a partnership**

      **An officer, director, or managing executive of a corporation**

      **An owner of at least 5% of the voting or equity securities of a corporation**

    **No. None of the above applies. Go to Part 12.**

    **Yes. Check all that apply above and fill in the details below for each business.**

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Corbium Company<br>Business Name | Computer consulting | **EIN:** 84-3171738 |
| 610 Lacey Rd Unit 749<br>Number    Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| Forked River    NJ    08731-8037<br>City    State    ZIP Code | Benjamin Beideman | From 09/26/2019    To 12/31/2021 |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Terri Ventures LLC<br>Business Name | Independent contractor (not yet active) | **EIN:** 85-4158396 |
| 215 Nantucket Rd<br>Number    Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| Forked River    NJ    08731-5105<br>City    State    ZIP Code | Terri Beideman | From 12/07/2020    To 12/12/2022 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    No

    Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name | MM / DD / YYYY |
| Number    Street | |
| City    State    ZIP Code | |

Debtor 1    Terri              Lei              Beidel
       First Name    Middle Name    Last Name                                  Case number (*if known*) _____

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____        X _____
   Signature of Debtor 1                              Signature of Debtor 2

Date  12/12/2022                                       Date _____

**Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?**

No

Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

No

Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Official Form 107              **Statement of Financial Affairs for Individuals Filing for Bankruptcy**              page 14

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | Terri | Lei | Beideman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    District of New Jersey

Case number
(If known)    _____

Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- ■  creditors have claims secured by your property, or
- ■  you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List Your Creditors Who Have Secured Claims** |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  Specialized Loan Servicing LLC | Surrender the property. | No |
| | Retain the property and redeem it. | Yes |
| Description of property securing debt:  Asset listed in Schedule A/B as 1.1. Residential land and home at 215 Nantucket Rd in Forked River, NJ 08731. Debtor owns 50% of asset. | Retain the property and enter into a *Reaffirmation Agreement.* | |
| | Retain the property and [explain]: Continue paying mortgage pursuant to 07/2022 modification agreement | |
| Creditor's name:  Digital Federal Credit Union | Surrender the property. | No |
| | Retain the property and redeem it. | Yes |
| Description of property securing debt:  Asset listed in Schedule A/B as 3.1. 2014 Honda CR-V (VIN 5J6RM4H31EL111917). | Retain the property and enter into a *Reaffirmation Agreement.* | |
| | Retain the property and [explain]: _____ | |

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

**For any unexpired personal property lease that you listed in** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G), fill in the information below. Do not list real estate leases.** *Unexpired leases* **are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | |

| Debtor 1 | Terri | Lei | Beidleman | Case number (*if known*) |
| | First Name | Middle Name | Last Name | |

| Describe your unexpired personal property leases | Will the lease be assumed? |
| --- | --- |
| Description of leased property: | No<br>Yes |

| Part 3: | Sign Below |
| --- | --- |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X _____          X _____
Signature of Debtor 1                        Signature of Debtor 2

Date  12/12/2022                             Date _____
    MM / DD / YYYY                                  MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Terri | Lei | Beideman |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

# Mailing List

List contains the name and address of each entity included on Schedules D, E/F, G, H and Creditor Information.

| | | |
|---|---|---|
| Specialized Loan Servicing LLC | | |
| 6200 S Quebec St Ste 300 | | |
| Greenwood Village | CO | 80111 |
| Digital Federal Credit Union | | |
| PO Box 9130 | | |
| Marlborough | MA | 01752 |
| Alltran Financial LP | | |
| PO Box 15618 | | |
| Wilmington | DE | 19850-5618 |
| American Coradius International LLC | | |
| 2420 Sweet Home Rd Ste 150 | | |
| Amherst | NY | 14228-2244 |
| ARS National Services Inc | | |
| PO Box 469046 | | |
| Escondido | CA | 92046-9046 |
| AT&T Mobility | | |
| PO Box 6463 | | |
| Carol Stream | IL | 60197-6463 |
| Barclays Bank Delaware | | |
| 100 West St | | |
| Wilmington | DE | 19801-5015 |
| Barlcays Bank Delaware | | |
| 100 West St | | |
| Wilmington | DE | 19801-5015 |

| Debtor 1 | Terri | Lei | Beidleman | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | | |

| | | | |
|---|---|---|---|
| Bill Me Later Inc | | | |
| 9690 Deereco Rd Ste 705 | | | |
| Timonium | MD | 21093-6936 | |
| Ctech Collections Inc | | | |
| 5505 Nesconset Hwy Ste 200 | | | |
| Mount Sinai | NY | 11766 | |
| Cablevision Systems Corporation | | | |
| 1111 Stewart Ave | | | |
| Bethpage | NY | 11714-3533 | |
| Capital Management Services LP | | | |
| 698 1/2 S Ogden St | | | |
| Buffalo | NY | 14206-2317 | |
| Capital One Services LLC | | | |
| PO Box 30285 | | | |
| Salt Lake City | UT | 84130-0285 | |
| Capital One Services LLC | | | |
| PO Box 30285 | | | |
| Salt Lake City | UT | 84130-0285 | |
| Capital One Services LLC | | | |
| PO Box 30285 | | | |
| Salt Lake City | UT | 84130-0285 | |
| Capital One Services LLC | | | |
| PO Box 30285 | | | |
| Salt Lake City | UT | 84130-0285 | |
| Citibank NA | | | |
| PO Box 6000 | | | |
| Sioux Falls | SD | 57117-6000 | |
| Client Services Inc | | | |
| 3451 Harry S Truman Blvd | | | |
| Saint Charles | MO | 63301-4047 | |

| Debtor 1 | Terri | Lei | Beidleman | | Case number (*if known*) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | |
|---|---|---|
| Client Services Inc | | |
| 3451 Harry S Truman Blvd | | |
| Saint Charles | MO | 63301-4047 |
| Collection Bureau of the Hudson Valley Inc | | |
| 1555 N Plank Rd | | |
| Newburgh | NY | 12551 |
| Comcast | | |
| 1701 JFK Blvd | | |
| Philadelphia | PA | 19103 |
| Comcast | | |
| 1701 JFK Blvd | | |
| Philadelphia | PA | 19103 |
| Comcast Business | | |
| 1701 JFK Blvd | | |
| Philadelphia | PA | 19103 |
| Comenity Capital Bank | | |
| 2797 E Cottonwood Pkwy Ste 100 | | |
| Salt Lake City | UT | 84121-7090 |
| Convergent Outsourcing Inc | | |
| 800 SW 39th St Ste 100 | | |
| Renton | WA | 98057-4927 |
| Corporation Service Company | | |
| 251 Little Falls Dr | | |
| Wilmington | DE | 19808 |
| Credit Control LLC | | |
| 3300 Rider Trail S Ste 500 | | |
| Earth City | MO | 63045 |
| Credit First NA / Firestone | | |
| PO Box 81315 | | |
| Cleveland | OH | 44181-0315 |

Debtor 1   Terri        Lei         Beidleman

 First Name   Middle Name   Last Name                                           Case number (if known)

| | | |
|---|---|---|
| D&S Ltd | | |
| 13809 N Hwy 183 Ste 800 | | |
| Austin | TX | 78750 |
| Dell Financial Services LLC | | |
| PO Box 81585 | | |
| Austin | TX | 78708-1585 |
| Digital Federal Credit Union | | |
| PO Box 9130 | | |
| Marlborough | MA | 01752-9130 |
| Digital Federal Credit Union | | |
| PO Box 9130 | | |
| Marlborough | MA | 01752-9130 |
| Digital Federal Credit Union | | |
| PO Box 9130 | | |
| Marlborough | MA | 01752-9130 |
| Discover Financial Services | | |
| PO Box 30943 | | |
| Salt Lake City | UT | 84130-0943 |
| Enhanced Recovery Company LLC | | |
| PO Box 23870 | | |
| Jacksonville | FL | 32241-3870 |
| FH Cann & Associates Inc | | |
| 1600 Osgood St Ste 2-120 | | |
| North Andover | MA | 01845-1048 |
| Financial Recovery Services Inc | | |
| 4510 West 77th St Ste 200 | | |
| Bloomington | MN | 55435-5507 |
| First Credit Services | | |
| 9 Wills Way Bldg 3 | | |
| Piscataway | NJ | 08854 |

Debtor 1    Terri                Lei                Beidleman

First Name    Middle Name    Last Name    Case number (*if known*) _____

| | | | |
|---|---|---|---|
| GC Services LLP | | | |
| 6330 Gulfton St | | | |
| Houston | TX | 77081 | |
| Headway Capital | | | |
| 175 W Jackson Blvd Ste 1000 | | | |
| Chicago | IL | 60604 | |
| HSBC Bank Nevada | | | |
| 1111 North Town Center Dr | | | |
| Las Vegas | NV | 89144 | |
| IC System Inc | | | |
| 444 Hwy 96 E | | | |
| St Paul | MN | 55127 | |
| Incorp Services Inc | | | |
| PO Box 94438 | | | |
| Las Vegas | NV | 89193-4438 | |
| Kabbage Inc | | | |
| 730 Peachtree St NE Ste 1100 | | | |
| Atlanta | GA | 30308 | |
| Leviton Law Firm | | | |
| 1 Pierce Pl Ste 725W | | | |
| Itasca | IL | 60143 | |
| LVNV Funding LLC | | | |
| 55 Beattie Pl Ste 110 | | | |
| Greenville | SC | 29601-2165 | |
| LVNV Funding LLC | | | |
| 55 Beattie Pl Ste 110 | | | |
| Greenville | SC | 29601-2165 | |
| LVNV Funding LLC | | | |
| 55 Beattie Pl Ste 110 | | | |
| Greenville | SC | 29601-2165 | |

**Mailing List**

| Debtor 1 | Terri | Lei | Beidleman | Case number (*if known*) | _____ |
| | First Name | Middle Name | Last Name | | |

| | | |
|---|---|---|
| McCarthy Burgess & Wolff Inc | | |
| 26000 Cannon Rd | | |
| Cleveland | OH | 44146 |
| Midland Credit Management | | |
| PO Box 939069 | | |
| San Diego | CA | 92193-9069 |
| Midland Credit Management | | |
| PO Box 939069 | | |
| San Diego | CA | 92193-9069 |
| Monarch Recovery Management Inc | | |
| 10965 Decatur Rd | | |
| Philadelphia | PA | 19154 |
| Monarch Recovery Management Inc | | |
| 10965 Decatur Rd | | |
| Philadelphia | PA | 19154 |
| National Enterprise Systems | | |
| 29125 Solon Rd | | |
| Solon | OH | 44139-3442 |
| Navy Federal Credit Union | | |
| PO Box 3000 | | |
| Merrifield | VA | 22119-3000 |
| Navy Federal Credit Union | | |
| PO Box 3000 | | |
| Merrifield | VA | 22119-3000 |
| Navy Federal Credit Union | | |
| PO Box 3000 | | |
| Merrifield | VA | 22119-3000 |
| Northstar Location Services LLC | | |
| 4285 Genesee St | | |
| Cheektowaga | NY | 14225 |

Debtor 1    Terri          Lei          Beiden          Case number (*if known*) _____

First Name     Middle Name     Last Name

| | | |
|---|---|---|
| PennCredit Corporation | | |
| 2800 Commerce Dr | | |
| Harrisburg | PA | 17110 |
| PennCredit Corporation | | |
| 2800 Commerce Dr | | |
| Harrisburg | PA | 17110 |
| Portfolio Recovery Associates LLC | | |
| 120 Corporate Blvd | | |
| Norfolk | VA | 23502-4952 |
| Portfolio Recovery Associates LLC | | |
| 120 Corporate Blvd | | |
| Norfolk | VA | 23502-4952 |
| Portfolio Recovery Associates LLC | | |
| 120 Corporate Blvd | | |
| Norfolk | VA | 23502-4952 |
| Portfolio Recovery Associates LLC | | |
| 120 Corporate Blvd | | |
| Norfolk | VA | 23502-4952 |
| Portfolio Recovery Associates LLC | | |
| 120 Corporate Blvd | | |
| Norfolk | VA | 23502-4952 |
| Portfolio Recovery Associates LLC | | |
| 120 Corporate Blvd | | |
| Norfolk | VA | 23502-4952 |
| Pressler Felt & Warshaw LLP | | |
| 7 Entin Rd | | |
| Parsippany | NJ | 07054-5020 |
| Radius Global Solutions | | |
| 7831 Glenroy Ste 250 | | |
| Edina | MN | 55439-3117 |

| Debtor 1 | Terri | Lei | Beidenman | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | | |
|---|---|---|---|
| Receivables Performance Management LLC | | | |
| 20818 44th Ave W Ste 140 | | | |
| Lynnwood | WA | 98036 | |
| Resurgent Capital Services | | | |
| PO Box 10497 | | | |
| Greenville | SC | 29603-0497 | |
| Resurgent Capital Services | | | |
| PO Box 10497 | | | |
| Greenville | SC | 29603-0497 | |
| Resurgent Capital Services | | | |
| PO Box 10497 | | | |
| Greenville | SC | 29603-0497 | |
| Revco Solutions | | | |
| 250 E Broad St Ste 400 | | | |
| Columbus | OH | 43215-3761 | |
| Rickart Collection Systems Inc | | | |
| PO Box 7242 | | | |
| North Brunswick | NJ | 08902 | |
| Sage Capital Recovery | | | |
| 401 Minnetonka Rd | | | |
| Hi-Nella | NJ | 08033 | |
| Santander Bank NA | | | |
| 824 N Market St Ste 100 | | | |
| Wilmington | DE | 19801-4937 | |
| Santander Bank NA | | | |
| 824 N Market St Ste 100 | | | |
| Wilmington | DE | 19801-4937 | |
| Santander Bank NA | | | |
| 824 N Market St Ste 100 | | | |
| Wilmington | DE | 19801-4937 | |

Debtor 1    Terri                Lei                Beidler

First Name        Middle Name        Last Name        Case number (*if known*)

| | | | |
|---|---|---|---|
| Santander Bank NA | | | |
| 824 N Market St Ste 100 | | | |
| Wilmington | DE | 19801-4937 | |
| Santander Bank NA | | | |
| 824 N Market St Ste 100 | | | |
| Wilmington | DE | 19801-4937 | |
| SIMM Associates Inc | | | |
| 800 Pencader Dr | | | |
| Newark | DE | 19702 | |
| Suburban Disposal Inc | | | |
| 22 Turner Dr | | | |
| Spencerport | NY | 14559 | |
| Synchrony Bank | | | |
| PO Box 965065 | | | |
| Orlando | FL | 32896-5065 | |
| Synchrony Bank | | | |
| PO Box 965065 | | | |
| Orlando | FL | 32896-5065 | |
| Synchrony Bank | | | |
| PO Box 965065 | | | |
| Orlando | FL | 32896-5065 | |
| Synchrony Bank | | | |
| PO Box 965065 | | | |
| Orlando | FL | 32896-5065 | |
| Synchrony Bank | | | |
| PO Box 965065 | | | |
| Orlando | FL | 32896-5065 | |
| Synchrony Bank | | | |
| PO Box 965065 | | | |
| Orlando | FL | 32896-5065 | |

Debtor 1    Terri          Lei          Beideman          Case number (*if known*) _____
         First Name    Middle Name    Last Name

| Synchrony Bank | | |
| PO Box 965065 | | |
| | | |
| Orlando | FL | 32896-5065 |

| Synchrony Bank | | |
| PO Box 965065 | | |
| | | |
| Orlando | FL | 32896-5065 |

| The Hartford | | |
| One Hartford Plz | | |
| | | |
| Hartford | CT | 06155 |

| Valentine and Kebartas LLC | | |
| 15 Union St | | |
| | | |
| Lawrence | MA | 01840 |

| Bureau of Accounts Control | | |
| 3601 Rt 9 N | | |
| | | |
| Howell | NJ | 07731 |

| TrueAccord | | |
| 16011 College Blvd Ste 130 | | |
| | | |
| Lenexa | KS | 66219 |

| The Law Offices of Frederic I Weinberg & Associates PC | | |
| 1200 Laurel Oak Rd Ste 104 | | |
| | | |
| Voorhees | NJ | 08043 |

| Pressler Felt & Warshaw LLP | | |
| 7 Entin Rd | | |
| | | |
| Parsippany | NJ | 07054-5020 |

| Capital One Bank NA | | |
| PO Box 30285 | | |
| | | |
| Salt Lake City | UT | 84130 |

| Benjamin Beideman | | |
| 215 Nantucket Rd | | |
| | | |
| Forked River | NJ | 08731-5105 |

| Debtor 1 | Terri | Lei | Beideman | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Vast Array Corporation

215 Nantucket Rd

Forked River                NJ        08731-5105

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Debtor 1    Terri          Lei          Beidleman
            First Name     Middle Name  Last Name          Case number (*if known*)

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Debtor 1    Terri            Lei            Beidleman            Case number (*if known*) _____
            First Name        Middle Name    Last Name

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Vast Array Corporation

Debtor 1    Terri               Lei              Beidleman              Case number (*if known*) _____

First Name          Middle Name          Last Name

Vast Array Corporation