Form osc170 – osc170v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  22−19791−KCF
        Chapter:  7
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terri Lei Beideman
   215 Nantucket Road
   Forked River, NJ 08731−5105

Social Security No.:
   xxx−xx−5506

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

An Order to Show Cause Why the Case Should Not Be Dismissed concerning the issue highlighted below has been entered by the Court.

- [x] The debtor(s) has not complied with the credit counseling requirements of the Bankruptcy Code.

- [ ] The corporate debtor does not have an attorney

    Notice is hereby given that a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date: January 10, 2023
Time: 02:00 PM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: December 12, 2022
JAN: mrg

                                  Kathryn C. Ferguson
                                  United States Bankruptcy Judge