Form ntcphoto

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22–19791–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Terri Lei Beideman
  215 Nantucket Road
  Forked River, NJ 08731–5105

Social Security No.:
  xxx–xx–5506

Employer's Tax I.D. No.:

## Notice of Requirement to Submit Photo ID

　　Effective February 7, 2011, the Bankruptcy Court for the District of New Jersey requires all individual and joint debtors who are not represented by an attorney (or "pro se"), to submit to the Court within 14 days of filing of the petition, a photocopy of an acceptable form of government issued photo identification. Acceptable forms of identification are: state issued driver's license, U.S. Government issued passport, state issued photo ID card, military photo ID card, government employee photo ID card, or other form of government issued photo identification.

　　The Clerk having noted the filing of a bankruptcy petition by the above named debtor(s) on 12/12/22, and having further noted that the debtor(s) is not represented by an attorney and that the debtor's petition was not accompanied by a copy of an acceptable form of government issued photo identification, the

- ☑ debtor
- ☐ joint debtor

　　is HEREBY NOTIFIED of this request to submit a copy of a government issued photo identification by December 27, 2022. A copy of this Notice must accompany the photo identification when returned to the Court.

Dated: December 12, 2022
JAN: mrg

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk