**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Terri Lei Beideman<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–5506<br>EIN:   _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter:   7   12/12/22 |
| Case number: | 22–19791–KCF | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Terri Lei Beideman | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 215 Nantucket Road<br>Forked River, NJ 08731–5105 | | |
| 4. | **Debtor's attorney**<br>Name and address | Terri Lei Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731–5105 | | Contact phone _____<br><br>Email: None |
| 5. | **Bankruptcy trustee**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | | Contact phone 732–341–3800 |

For more information, see page 2 >

Debtor **Terri Lei Beideman**                                                        Case number **22–19791–KCF**

---

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 12/12/22 |

---

| | | |
|---|---|---|
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 18, 2023 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |

---

| | |
|---|---|
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

---

| | | |
|---|---|---|
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 3/20/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

---

| | |
|---|---|
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

---

| | |
|---|---|
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 22-19791-KCF

Terri Lei Beideman                                                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                      Page 1 of 5
Date Rcvd: Dec 12, 2022                    Form ID: 309A                               Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Terri Lei Beideman, 215 Nantucket Road, Forked River, NJ 08731-5105 |
| 519788516 | | Benjamin Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519788427 | | Bill Me Later Inc, 9690 Deereco Rd Ste 705, Timonium, MD 21093-6936 |
| 519788511 | + | Bureau of Accounts Control, 3601 Rt 9 N, Howell, NJ 07731-3395 |
| 519788438 | | Collection Bureau of the Hudson Valley Inc, 1555 N Plank Rd, Newburgh, NY 12551 |
| 519788442 | | Comenity Capital Bank, 2797 E Cottonwood Pkwy Ste 100, Salt Lake City, UT 84121-7090 |
| 519788444 | + | Corporation Service Company, 251 Little Falls Dr, Wilmington, DE 19808-1674 |
| 519788428 | + | Ctech Collections Inc, 5505 Nesconset Hwy Ste 200, Mount Sinai, NY 11766-2026 |
| 519788447 | + | D&S Ltd, 13809 N Hwy 183 Ste 800, Austin, TX 78750-1211 |
| 519788454 | #+ | FH Cann & Associates Inc, 1600 Osgood St Ste 2-120, North Andover, MA 01845-1051 |
| 519788455 | # | Financial Recovery Services Inc, 4510 West 77th St Ste 200, Bloomington, MN 55435-5507 |
| 519788461 | | Incorp Services Inc, PO Box 94438, Las Vegas, NV 89193-4438 |
| 519788462 | + | Kabbage Inc, 730 Peachtree St NE Ste 1100, Atlanta, GA 30308-1263 |
| 519788463 | + | Leviton Law Firm, 1 Pierce Pl Ste 725W, Itasca, IL 60143-1234 |
| 519788491 | | Revco Solutions, 250 E Broad St Ste 400, Columbus, OH 43215-3761 |
| 519788492 | + | Rickart Collection Systems Inc, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519788493 | + | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519788500 | + | Suburban Disposal Inc, 22 Turner Dr, Spencerport, NY 14559-1997 |
| 519788509 | | The Hartford, One Hartford Plz, Hartford, CT 06155-0001 |
| 519788513 | + | The Law Offices of Frederic I Weinberg & Assoc, 1200 Laurel Oak Rd Ste 104, Voorhees, NJ 08043-4317 |
| 519788517 | | Vast Array Corporation, 215 Nantucket Rd, Forked River, NJ 08731-5105 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDESTRAFFI.COM | Dec 13 2022 02:03:00 | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755-6431 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 12 2022 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 12 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519788423 | | Email/Text: legal@arsnational.com | Dec 12 2022 21:04:00 | ARS National Services Inc, PO Box 469046, Escondido, CA 92046-9046 |
| 519788424 | | EDI: CINGMIDLAND.COM | Dec 13 2022 02:03:00 | AT&T Mobility, PO Box 6463, Carol Stream, IL 60197-6463 |
| 519788421 | | Email/Text: bankruptcydepartment@tsico.com | Dec 12 2022 21:05:00 | Alltran Financial LP, PO Box 15618, Wilmington, DE 19850-5618 |

| 519788422 | ^ | MEBN | | |
| | | | Dec 12 2022 20:59:32 | American Coradius International LLC, 2420 Sweet Home Rd Ste 150, Amherst, NY 14228-2244 |
| 519788425 | | EDI: TSYS2 | Dec 13 2022 02:03:00 | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519788426 | | EDI: TSYS2 | Dec 13 2022 02:03:00 | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519788445 | | Email/Text: correspondence@credit-control.com | Dec 12 2022 21:04:00 | Credit Control LLC, 3300 Rider Trail S Ste 500, Earth City, MO 63045 |
| 519788429 | + | Email/Text: bcwrtoff@cablevision.com | Dec 12 2022 21:05:00 | Cablevision Systems Corporation, 1111 Stewart Ave, Bethpage, NY 11714-3581 |
| 519788430 | | Email/Text: cms-bk@cms-collect.com | Dec 12 2022 21:04:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 519788515 | + | EDI: CAPITALONE.COM | Dec 13 2022 02:03:00 | Capital One Bank NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788431 | | EDI: CAPITALONE.COM | Dec 13 2022 02:03:00 | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788435 | | EDI: CITICORP.COM | Dec 13 2022 02:03:00 | Citibank NA, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 519788436 | + | Email/Text: mediamanagers@clientservices.com | Dec 12 2022 21:04:00 | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519788439 | + | EDI: COMCASTCBLCENT | Dec 13 2022 02:03:00 | Comcast, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519788441 | + | EDI: COMCASTCBLCENT | Dec 13 2022 02:03:00 | Comcast Business, 1701 JFK Blvd, Philadelphia, PA 19103-2838 |
| 519788443 | | EDI: CONVERGENT.COM | Dec 13 2022 02:03:00 | Convergent Outsourcing Inc, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 519788446 | | EDI: CRFRSTNA.COM | Dec 13 2022 02:03:00 | Credit First NA / Firestone, PO Box 81315, Cleveland, OH 44181-0315 |
| 519788448 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 12 2022 21:09:54 | Dell Financial Services LLC, PO Box 81585, Austin, TX 78708-1585 |
| 519788420 | | Email/Text: bankruptcy@dcu.org | Dec 12 2022 21:05:00 | Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752 |
| 519788452 | | EDI: DISCOVER.COM | Dec 13 2022 02:03:00 | Discover Financial Services, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 519788453 | | Email/Text: bknotice@ercbpo.com | Dec 12 2022 21:04:00 | Enhanced Recovery Company LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519788456 | | Email/Text: consumers@fcsbpo.com | Dec 12 2022 21:04:00 | First Credit Services, 9 Wills Way Bldg 3, Piscataway, NJ 08854 |
| 519788457 | | Email/Text: GCSBankruptcy@gcserv.com | Dec 12 2022 21:04:00 | GC Services LLP, 6330 Gulfton St, Houston, TX 77081 |
| 519788458 | | Email/Text: headwaybnc@enova.com | Dec 12 2022 21:04:00 | Headway Capital, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 519788459 | + | EDI: HFC.COM | Dec 13 2022 02:03:00 | HSBC Bank Nevada, 1111 North Town Center Dr, Las Vegas, NV 89144-6364 |
| 519788460 | + | EDI: LCIICSYSTEM | Dec 13 2022 02:03:00 | IC System Inc, 444 Hwy 96 E, St Paul, MN 55127-2557 |
| 519788464 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2022 21:09:49 | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788470 | | Email/Text: compliance@monarchrm.com | Dec 12 2022 21:04:00 | Monarch Recovery Management Inc, 10965 Decatur Rd, Philadelphia, PA 19154 |

| 519788467 | + Email/Text: bknotices@mbandw.com | | |
| | | Dec 12 2022 21:04:00 | McCarthy Burgess & Wolff Inc, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 519788468 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 12 2022 21:04:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519788472 | Email/Text: list-nes-clientservicesreps-all@nes1.com | | |
| | | Dec 12 2022 21:04:00 | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519788473 | EDI: NFCU.COM | | |
| | | Dec 13 2022 02:03:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788476 | ^ MEBN | | |
| | | Dec 12 2022 20:59:29 | Northstar Location Services LLC, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 519788477 | Email/Text: bankruptcies@penncredit.com | | |
| | | Dec 12 2022 21:04:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 519788479 | EDI: PRA.COM | | |
| | | Dec 13 2022 02:03:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788485 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Dec 12 2022 21:04:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519788486 | Email/Text: ngisupport@radiusgs.com | | |
| | | Dec 12 2022 21:04:00 | Radius Global Solutions, 7831 Glenroy Ste 250, Edina, MN 55439-3117 |
| 519788487 | + EDI: DISH | | |
| | | Dec 13 2022 02:03:00 | Receivables Performance Management LLC, 20818 44th Ave W Ste 140, Lynnwood, WA 98036-7709 |
| 519788488 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 12 2022 21:09:54 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788499 | + Email/PDF: clerical@simmassociates.com | | |
| | | Dec 12 2022 21:09:57 | SIMM Associates Inc, 800 Pencader Dr, Newark, DE 19702-3354 |
| 519788494 | Email/Text: DeftBkr@santander.us | | |
| | | Dec 12 2022 21:04:00 | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788419 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Dec 12 2022 21:04:00 | Specialized Loan Servicing LLC, 6200 S Quebec St Ste 300, Greenwood Village, CO 80111-4720 |
| 519788501 | EDI: RMSC.COM | | |
| | | Dec 13 2022 02:03:00 | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788512 | + Email/Text: accountservicing@trueaccord.com | | |
| | | Dec 12 2022 21:04:00 | TrueAccord, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 519788510 | + Email/Text: hcouto@v-k-i.net | | |
| | | Dec 12 2022 21:04:00 | Valentine and Kebartas LLC, 15 Union St, Lawrence, MA 01840-1866 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519788518 | | Vast Array Corporation |
| 519788519 | | Vast Array Corporation |
| 519788520 | | Vast Array Corporation |
| 519788521 | | Vast Array Corporation |
| 519788522 | | Vast Array Corporation |
| 519788523 | | Vast Array Corporation |
| 519788524 | | Vast Array Corporation |
| 519788525 | | Vast Array Corporation |
| 519788526 | | Vast Array Corporation |
| 519788527 | | Vast Array Corporation |
| 519788528 | | Vast Array Corporation |
| 519788529 | | Vast Array Corporation |

District/off: 0312-3                          User: admin                              Page 4 of 5
Date Rcvd: Dec 12, 2022                      Form ID: 309A                            Total Noticed: 69

| 519788530 | | Vast Array Corporation |
| 519788531 | | Vast Array Corporation |
| 519788532 | | Vast Array Corporation |
| 519788533 | | Vast Array Corporation |
| 519788534 | | Vast Array Corporation |
| 519788535 | | Vast Array Corporation |
| 519788536 | | Vast Array Corporation |
| 519788537 | | Vast Array Corporation |
| 519788538 | | Vast Array Corporation |
| 519788539 | | Vast Array Corporation |
| 519788540 | | Vast Array Corporation |
| 519788541 | | Vast Array Corporation |
| 519788542 | | Vast Array Corporation |
| 519788543 | | Vast Array Corporation |
| 519788544 | | Vast Array Corporation |
| 519788545 | | Vast Array Corporation |
| 519788546 | | Vast Array Corporation |
| 519788547 | | Vast Array Corporation |
| 519788432 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788433 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788434 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788437 | *+ | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519788440 | *+ | Comcast, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519788449 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788450 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788451 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788465 | *+ | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788466 | *+ | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788471 | *P++ | MONARCH RECOVERY MANAGEMENT INC, ATTN COMPLIANCE, 3260 TILLMAN DRIVE, SUITE 75, BENSALEM PA 19020-2059, address filed with court:, Monarch Recovery Management Inc, 10965 Decatur Rd, Philadelphia, PA 19154 |
| 519788469 | * | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519788474 | * | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788475 | * | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788478 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 519788480 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788481 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788482 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788483 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788484 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788514 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519788489 | * | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788490 | * | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788495 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788496 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788497 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788498 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788502 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788503 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788504 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788505 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788506 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788507 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788508 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |

TOTAL: 30 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022                         Signature:          /s/Gustava Winters