Form ntcphoto

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  22−19791−KCF
          Chapter:  7
          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terri Lei Beideman
   215 Nantucket Road
   Forked River, NJ 08731−5105

Social Security No.:
   xxx−xx−5506

Employer's Tax I.D. No.:

**Notice of Requirement to Submit Photo ID**

     Effective February 7, 2011, the Bankruptcy Court for the District of New Jersey requires all individual and joint debtors who are not represented by an attorney (or "pro se"), to submit to the Court within 14 days of filing of the petition, a photocopy of an acceptable form of government issued photo identification. Acceptable forms of identification are: state issued driver's license, U.S. Government issued passport, state issued photo ID card, military photo ID card, government employee photo ID card, or other form of government issued photo identification.

     The Clerk having noted the filing of a bankruptcy petition by the above named debtor(s) on 12/12/22, and having further noted that the debtor(s) is not represented by an attorney and that the debtor's petition was not accompanied by a copy of an acceptable form of government issued photo identification, the

☑    debtor
☐    joint debtor

     is HEREBY NOTIFIED of this request to submit a copy of a government issued photo identification by December 27, 2022. A copy of this Notice must accompany the photo identification when returned to the Court.

Dated: December 12, 2022
JAN: mrg

                                                                                                                                 Jeanne Naughton
                                                                                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 22-19791-KCF
Terri Lei Beideman | Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 1
Date Rcvd: Dec 12, 2022 | Form ID: ntcphoto | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Terri Lei Beideman, 215 Nantucket Road, Forked River, NJ 08731-5105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 2