Form osc1006 − osclr1006v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−19791−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terri Lei Beideman
   215 Nantucket Road
   Forked River, NJ 08731−5105

Social Security No.:
   xxx−xx−5506

Employer's Tax I.D. No.:

---

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
### DISMISSED FOR FAILURE TO COMPLY WITH
### D.N.J. LBR 1006−1, PAYMENT OF FILING FEES IN INSTALLMENTS

The debtor filed a petition on December 12, 2022, and has failed to comply with the Court's local rule, D.N.J. LBR 1006−1, Payment of Filing Fees in Installments as noted below:

☑  Debtor has not paid the filing fee in the amount of $338.00 in full at the time of the filing of the petition.

☐  Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☐  Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

It is hereby

ORDERED that the following document and/or fee must be submitted to the Clerk or the case will be dismissed.

☑  Filing fee in the amount of $338.00

☐  Application for Individuals to Pay the Filing Fee in Installments

☐  Initial installment payment in the amount of $

☐  Balance of initial installment payment due in compliance with D.N.J. LBR 1006−1, in the amount of $

The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Kathryn C. Ferguson on

   Date: January 10, 2023
   Time: 02:00 PM
   Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

to show cause why the case should not be dismissed.

If **all** required documents and/or fees are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

Unless all required documents and/or fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.

Dated: December 12, 2022
JAN: mrg

<u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19791-KCF |
| Terri Lei Beideman | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 12, 2022 | Form ID: osc1006 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Terri Lei Beideman, 215 Nantucket Road, Forked River, NJ 08731-5105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 12 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 2