Form osc170 − osc170v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19791−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terri Lei Beideman
   215 Nantucket Road
   Forked River, NJ 08731−5105

Social Security No.:
   xxx−xx−5506

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

An Order to Show Cause Why the Case Should Not Be Dismissed concerning the issue highlighted below has been entered by the Court.

☑   The debtor(s) has not complied with the credit counseling requirements of the Bankruptcy Code.

☐   The corporate debtor does not have an attorney

   Notice is hereby given that a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date: January 10, 2023
Time: 02:00 PM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: December 12, 2022
JAN: mrg

<u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-19791-KCF

Terri Lei Beideman                                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                               Page 1 of 5

Date Rcvd: Dec 12, 2022              Form ID: osc170                         Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Terri Lei Beideman, 215 Nantucket Road, Forked River, NJ 08731-5105 |
| 519788516 | | Benjamin Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519788427 | | Bill Me Later Inc, 9690 Deereco Rd Ste 705, Timonium, MD 21093-6936 |
| 519788511 | + | Bureau of Accounts Control, 3601 Rt 9 N, Howell, NJ 07731-3395 |
| 519788438 | | Collection Bureau of the Hudson Valley Inc, 1555 N Plank Rd, Newburgh, NY 12551 |
| 519788442 | | Comenity Capital Bank, 2797 E Cottonwood Pkwy Ste 100, Salt Lake City, UT 84121-7090 |
| 519788444 | + | Corporation Service Company, 251 Little Falls Dr, Wilmington, DE 19808-1674 |
| 519788428 | + | Ctech Collections Inc, 5505 Nesconset Hwy Ste 200, Mount Sinai, NY 11766-2026 |
| 519788447 | + | D&S Ltd, 13809 N Hwy 183 Ste 800, Austin, TX 78750-1211 |
| 519788454 | #+ | FH Cann & Associates Inc, 1600 Osgood St Ste 2-120, North Andover, MA 01845-1051 |
| 519788455 | # | Financial Recovery Services Inc, 4510 West 77th St Ste 200, Bloomington, MN 55435-5507 |
| 519788461 | | Incorp Services Inc, PO Box 94438, Las Vegas, NV 89193-4438 |
| 519788462 | + | Kabbage Inc, 730 Peachtree St NE Ste 1100, Atlanta, GA 30308-1263 |
| 519788463 | + | Leviton Law Firm, 1 Pierce Pl Ste 725W, Itasca, IL 60143-1234 |
| 519788491 | | Revco Solutions, 250 E Broad St Ste 400, Columbus, OH 43215-3761 |
| 519788492 | + | Rickart Collection Systems Inc, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519788493 | + | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519788500 | + | Suburban Disposal Inc, 22 Turner Dr, Spencerport, NY 14559-1997 |
| 519788509 | + | The Hartford, One Hartford Plz, Hartford, CT 06155-0001 |
| 519788513 | + | The Law Offices of Frederic I Weinberg & Assoc, 1200 Laurel Oak Rd Ste 104, Voorhees, NJ 08043-4317 |
| 519788517 | | Vast Array Corporation, 215 Nantucket Rd, Forked River, NJ 08731-5105 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 12 2022 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 12 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519788423 | | Email/Text: legal@arsnational.com | Dec 12 2022 21:04:00 | ARS National Services Inc, PO Box 469046, Escondido, CA 92046-9046 |
| 519788424 | | Email/Text: g20956@att.com | Dec 12 2022 21:05:00 | AT&T Mobility, PO Box 6463, Carol Stream, IL 60197-6463 |
| 519788421 | | Email/Text: bankruptcydepartment@tsico.com | Dec 12 2022 21:05:00 | Alltran Financial LP, PO Box 15618, Wilmington, DE 19850-5618 |
| 519788422 | ^ | MEBN | Dec 12 2022 20:59:31 | American Coradius International LLC, 2420 Sweet Home Rd Ste 150, Amherst, NY 14228-2244 |

Case 22-19791-KCF    Doc 10    Filed 12/14/22    Entered 12/15/22 00:14:55    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Dec 12, 2022 | Form ID: osc170 | Total Noticed: 68 |

| Notice # | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 519788425 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 12 2022 21:04:00 | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519788426 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 12 2022 21:04:00 | Barlcays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519788445 | | Email/Text: correspondence@credit-control.com | Dec 12 2022 21:04:00 | Credit Control LLC, 3300 Rider Trail S Ste 500, Earth City, MO 63045 |
| 519788429 | + | Email/Text: bcwrtoff@cablevision.com | Dec 12 2022 21:05:00 | Cablevision Systems Corporation, 1111 Stewart Ave, Bethpage, NY 11714-3581 |
| 519788430 | | Email/Text: cms-bk@cms-collect.com | Dec 12 2022 21:04:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 519788515 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2022 21:09:54 | Capital One Bank NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788431 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2022 21:09:52 | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788435 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2022 21:10:00 | Citibank NA, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 519788436 | + | Email/Text: mediamanagers@clientservices.com | Dec 12 2022 21:04:00 | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519788439 | + | Email/Text: documentfiling@lciinc.com | Dec 12 2022 21:04:00 | Comcast, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519788441 | + | Email/Text: documentfiling@lciinc.com | Dec 12 2022 21:04:00 | Comcast Business, 1701 JFK Blvd, Philadelphia, PA 19103-2838 |
| 519788443 | | Email/Text: convergent@ebn.phinsolutions.com | Dec 12 2022 21:04:00 | Convergent Outsourcing Inc, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 519788446 | | Email/Text: BKPT@cfna.com | Dec 12 2022 21:04:00 | Credit First NA / Firestone, PO Box 81315, Cleveland, OH 44181-0315 |
| 519788448 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 12 2022 21:09:49 | Dell Financial Services LLC, PO Box 81585, Austin, TX 78708-1585 |
| 519788420 | | Email/Text: bankruptcy@dcu.org | Dec 12 2022 21:05:00 | Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752 |
| 519788452 | | Email/Text: mrdiscen@discover.com | Dec 12 2022 21:04:00 | Discover Financial Services, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 519788453 | | Email/Text: bknotice@ercbpo.com | Dec 12 2022 21:04:00 | Enhanced Recovery Company LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519788456 | | Email/Text: consumers@fcsbpo.com | Dec 12 2022 21:04:00 | First Credit Services, 9 Wills Way Bldg 3, Piscataway, NJ 08854 |
| 519788457 | | Email/Text: GCSBankruptcy@gcserv.com | Dec 12 2022 21:04:00 | GC Services LLP, 6330 Gulfton St, Houston, TX 77081 |
| 519788458 | | Email/Text: headwaybnc@enova.com | Dec 12 2022 21:04:00 | Headway Capital, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 519788459 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 12 2022 21:04:00 | HSBC Bank Nevada, 1111 North Town Center Dr, Las Vegas, NV 89144-6364 |
| 519788460 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 12 2022 21:04:00 | IC System Inc, 444 Hwy 96 E, St Paul, MN 55127-2557 |
| 519788464 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2022 21:09:54 | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788470 | | Email/Text: compliance@monarchrm.com | Dec 12 2022 21:04:00 | Monarch Recovery Management Inc, 10965 Decatur Rd, Philadelphia, PA 19154 |
| 519788467 | + | Email/Text: bknotices@mbandw.com | Dec 12 2022 21:04:00 | McCarthy Burgess & Wolff Inc, 26000 Cannon Rd, Cleveland, OH 44146-1807 |

Case 22-19791-KCF    Doc 10    Filed 12/14/22    Entered 12/15/22 00:14:55    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: osc170 | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519788468 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2022 21:04:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519788472 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Dec 12 2022 21:04:00 | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519788473 | | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 12 2022 21:05:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788476 | ^ | MEBN | Dec 12 2022 20:59:30 | Northstar Location Services LLC, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 519788477 | | Email/Text: bankruptcies@penncredit.com | Dec 12 2022 21:04:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 519788479 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2022 21:09:59 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788485 | | Email/Text: signed.order@pfwattorneys.com | Dec 12 2022 21:04:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519788486 | | Email/Text: ngisupport@radiusgs.com | Dec 12 2022 21:04:00 | Radius Global Solutions, 7831 Glenroy Ste 250, Edina, MN 55439-3117 |
| 519788487 | + | Email/Text: Bankruptcy.Consumer@dish.com | Dec 12 2022 21:04:00 | Receivables Performance Management LLC, 20818 44th Ave W Ste 140, Lynnwood, WA 98036-7709 |
| 519788488 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2022 21:09:49 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788499 | + | Email/PDF: clerical@simmassociates.com | Dec 12 2022 21:09:57 | SIMM Associates Inc, 800 Pencader Dr, Newark, DE 19702-3354 |
| 519788494 | | Email/Text: DeftBkr@santander.us | Dec 12 2022 21:04:00 | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788419 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2022 21:04:00 | Specialized Loan Servicing LLC, 6200 S Quebec St Ste 300, Greenwood Village, CO 80111-4720 |
| 519788501 | | Email/PDF: gecsedi@recoverycorp.com | Dec 12 2022 21:09:58 | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788512 | + | Email/Text: accountservicing@trueaccord.com | Dec 12 2022 21:04:00 | TrueAccord, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 519788510 | + | Email/Text: hcouto@v-k-i.net | Dec 12 2022 21:04:00 | Valentine and Kebartas LLC, 15 Union St, Lawrence, MA 01840-1866 |

TOTAL: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519788518 | | Vast Array Corporation |
| 519788519 | | Vast Array Corporation |
| 519788520 | | Vast Array Corporation |
| 519788521 | | Vast Array Corporation |
| 519788522 | | Vast Array Corporation |
| 519788523 | | Vast Array Corporation |
| 519788524 | | Vast Array Corporation |
| 519788525 | | Vast Array Corporation |
| 519788526 | | Vast Array Corporation |
| 519788527 | | Vast Array Corporation |
| 519788528 | | Vast Array Corporation |
| 519788529 | | Vast Array Corporation |
| 519788530 | | Vast Array Corporation |
| 519788531 | | Vast Array Corporation |

Case 22-19791-KCF    Doc 10    Filed 12/14/22    Entered 12/15/22 00:14:55    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: osc170 | Total Noticed: 68 |

| | | |
|---|---|---|
| 519788532 | | Vast Array Corporation |
| 519788533 | | Vast Array Corporation |
| 519788534 | | Vast Array Corporation |
| 519788535 | | Vast Array Corporation |
| 519788536 | | Vast Array Corporation |
| 519788537 | | Vast Array Corporation |
| 519788538 | | Vast Array Corporation |
| 519788539 | | Vast Array Corporation |
| 519788540 | | Vast Array Corporation |
| 519788541 | | Vast Array Corporation |
| 519788542 | | Vast Array Corporation |
| 519788543 | | Vast Array Corporation |
| 519788544 | | Vast Array Corporation |
| 519788545 | | Vast Array Corporation |
| 519788546 | | Vast Array Corporation |
| 519788547 | | Vast Array Corporation |
| 519788432 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788433 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788434 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788437 | *+ | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519788440 | *+ | Comcast, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519788449 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788450 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788451 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788465 | *+ | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788466 | *+ | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788471 | *P++ | MONARCH RECOVERY MANAGEMENT INC, ATTN COMPLIANCE, 3260 TILLMAN DRIVE, SUITE 75, BENSALEM PA 19020-2059, address filed with court:, Monarch Recovery Management Inc, 10965 Decatur Rd, Philadelphia, PA 19154 |
| 519788469 | * | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519788474 | * | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788475 | * | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788478 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 519788480 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788481 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788482 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788483 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788484 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788514 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519788489 | * | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788490 | * | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788495 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788496 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788497 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788498 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788502 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788503 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788504 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788505 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788506 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788507 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788508 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |

TOTAL: 30 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

Case 22-19791-KCF    Doc 10    Filed 12/14/22    Entered 12/15/22 00:14:55    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: osc170 | Total Noticed: 68 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Daniel E. Straffi

bktrustee@straffilaw.com  G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 2