Certificate Number: 14912-NJ-DE-037039579

Bankruptcy Case Number: 22-19791



14912-NJ-DE-037039579

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 13, 2022</u>, at <u>11:53</u> o'clock <u>AM EST</u>, <u>Terri Beideman</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

FILED
JEANNE A. NAUGHTON, CLERK
DEC 1 6 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Date:  December 13, 2022          By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor