22-19791

Certificate Number: 15725-NJ-CC-037003930

15725-NJ-CC-037003930

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 28, 2022</u>, at <u>4:14</u> o'clock <u>PM EST</u>, <u>Terri Beideman</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

FILED
JEANNE A. NAUGHTON, CLERK
DEC 16 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

Date:  <u>November 28, 2022</u>         By:     /s/Angela Rosa

                                     Name:   Angela Rosa

                                     Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).