| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Terri L. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-607-7750<br>Email: t2022.bk@gmail.com | FILED<br>JEANNE A. NAUGHTON, CLERK<br>DEC 1 6 2022<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY _____ DEPUTY |
| In Re:<br>Terri Lei Beideman<br><br>Debtor | Case No.: 22-19791-KCF<br>Chapter: 7<br>Hearing Date: January 10, 2023<br>Judge: Kathryn C. Ferguson |

### CERTIFICATION OF TERRI LEI BEIDEMAN IN RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO MEET CREDIT COUNSELLING REQUIRMENTS

I, Terri Lei Beideman, pro se Debtor in the above captioned case, hereby submits this Certification in Response to the Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Meet Credit Counselling Requirements *(Doc 5-1)*.

1. On December 12, 2022, I filed a petition for Chapter 7 bankruptcy in the United States Bankruptcy Court for the District of New Jersey *(Doc 1)*.

2. My petition was filed through the Court's Electronic Self Representation tool, which lacks the functionality to submit the Certificate of Counselling at the time the filing is submitted to the Court.

3. Included with this Certification is a copy of the requested Certificate of Counselling, which certifies that on November 28, 2022 at 4:14 PM EST, I completed a course of credit counselling from 001 Debtorcc, Inc., an approved provider of this counselling.

4. Having complied with the above referenced Order to Show Cause, Debtor respectfully requests that it be vacated, thus no appearance will be required.

I certify under penalty of perjury that the above is true.

Date: 12/13/2022                            _____
                                             Signature

**Terri L. Beideman**
**215 Nantucket Road**
**Forked River, NJ 08731-5105**
**phone 609.607.7750 – email t2022.bk@gmail.com**

December 13, 2022

Jeanne A. Naughton
Clerk, United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

In Re:  **Terri Lei Beideman, Debtor**
**Case No. 22-19791-KCF**
**Chapter 7**

Dear Ms. Naughton or Designee,

Please find enclosed the following documents with respect to the above captioned matter:

- Certification in Response to Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Meet Credit Counselling Requirements *(Doc 5-1)*
    - Certificate of Counseling
- Certification in Response to Order to Show Cause Why Case Should Not Be Dismissed for Failure to Comply with D.N.J. LBR 1006-1 *(Doc 5-2)*
    - Money Order payable to the Court in the amount of $338.00
- Copy of Notice of Requirement to Submit Photo ID *(Doc 6)*
    - Copy of the front and back of my New Jersey Driver License
- Certificate of Debtor Education
- Certificate of Service for Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) *(Doc 1 at 99-100)*

I respectfully request that you process and file these documents as is appropriate for the above captioned matter. I have enclosed a self-addressed stamped envelope so that you can return the stamped copies.

If you have any questions or require additional information, please contact me as shown above.

Sincerely,

Terri L. Beideman