| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>DEC 16 2022<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY _____ DEPUTY |
| Terri L. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-607-7750<br>Email: t2022.bk@gmail.com | |
| In Re:<br>Terri Lei Beideman<br><br>Debtor | Case No.:  22-19791-KCF<br>Chapter:  7<br>Hearing Date:  January 10, 2023<br>Judge:  Kathryn C. Ferguson |

## CERTIFICATION OF TERRI LEI BEIDEMAN IN RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH D.N.J. LBR 1006-1

I, Terri Lei Beideman, pro se Debtor in the above captioned case, hereby submits this Certification in Response to the Order to Show Cause Why Case Should Not Be Dismissed for Failure to Comply with D.N.J. LBR 1006-1, Payment of Filing Fees in Installments *(Doc 5-2)*.

1. On December 12, 2022, I filed a petition for Chapter 7 bankruptcy in the United States Bankruptcy Court for the District of New Jersey *(Doc 1)*.

2. My petition was filed through the Court's Electronic Self Representation tool, which lacks the functionality to pay the fee required at the time the filing is submitted to the Court.

3. Included with this Certification is a money order in the amount of $338.00, which is the fee required for a Chapter 7 petition.

4. Having complied with the above referenced Order to Show Cause, Debtor respectfully requests that it be vacated, thus no appearance will be required.

I certify under penalty of perjury that the above is true.

Date: 12/13/2022                         _____
                                          Signature