| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>DEC 16 2022<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY _____ DEPUTY |
| Terri Lei Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-607-7750<br>Email: t2022.bk@gmail.com | |
| In Re:<br>Terri Lei Beideman | Case No.: 22-19791-KCF<br>Chapter: 7 |
| Debtor | Judge: Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, Terri Lei Beideman, am the Debtor in this case and am representing myself.

2. On December 13, 2022, I sent a copy of the following documents to the parties listed in the chart below:

    ☒ Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) *(Doc 1 at 99-100)*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/13/2022            _____
                            Terri Lei Beideman

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Specialized Loan Servicing LLC<br>Sam Stoddard, President or Successor<br>P.O. Box 636005<br>Littleton, CO 80163-6005 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Digital Federal Credit Union<br>Shruti Miyashiro<br>President/CEO or Successor<br>220 Donald Lynch Boulevard<br>PO Box 9130<br>Marlborough, MA 01752-9130 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

Terri L. Beideman
215 NANTUCKET RD
FORKED RIVER NJ 08731

USPS CERTIFIED MAIL™

9414 8361 0426 2178 7082 14

CLARKSON S. FISHER U.S. COURTHOUSE
CLERK OF THE U.S. BANKRUPTCY COURT
402 E STATE ST
TRENTON NJ 08608-1507

US POSTAGE AND FEES PAID
2022-12-13
08731
C4000004
Retail
4.0 OZ FLAT




easypost