| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>Terri Lei Beideman, Debtor | Case No.: | 22-19791-KCF |
| | Adversary No.: | |
| | Chapter: | 7 |
| | Judge: | Kathryn C. Ferguson |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Bureau of Accounts Control
(Example: John Smith, creditor)

Old address: 2797 E Cottonwood Pkwy
3601 Rt 9 N
Howell, NJ 07731-3395

New address: c/o BAC Services LLC
PO Box 538
Howell, NJ 07731

New phone no.: N/A
(if debtor is filing and their phone number has changed).

**FILED**
JEANNE A. NAUGHTON, CLERK
JAN 1 1 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: January 9, 2023

Signature: [signed]

rev.8/1/2021



Notice of Returned Mail to Debtor/Debtor's Attorney

January 5, 2023

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Terri Lei Beideman, Case Number 22-19791, KCF

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT:** THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Bureau of Accounts Control
3601 Rt 9 N
Howell, NJ 07731-3395

THE UPDATED ADDRESS IS:

Bureau of Accounts Control

c/o BAC Services LLC

PO Box 538

Howell, NJ 07731

_____
Signature of Debtor or Debtor's Attorney

1/9/2023
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

TERRI L BEIDEMAN
215 NANTUCKET RD
FORKED RIVER NJ 08731

**USPS CERTIFIED MAIL™**

9414 8361 0426 2292 7392 48

CLARKSON S. FISHER U.S. COURTHOUSE
CLERK OF THE U.S. BANKRUPTCY COURT
402 E STATE ST
TRENTON NJ 08608-1507



US POSTAGE AND FEES PAID
2023-01-10
08731
C4000004
Retail
2.0 OZLTR

0901000005074