UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Terri L. Beideman
215 Nantucket Road
Forked River, NJ 08731
Phone: 609-607-7750
Email: t2022.bk@gmail.com

**FILED**
JEANNE A. NAUGHTON, CLERK

FEB 1 6 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

In Re:

Terri Lei Beideman

Debtor

| | |
|---|---|
| Case No.: | 22-19791-KCF |
| Chapter: | 7 |
| Hearing Date: | March 28, 2023 |
| Judge: | Kathryn C. Ferguson |

**NOTICE OF MOTION AND REPONSE DEADLINE FOR MOTION FOR AUTHORITY
TO REDEEM PERSONAL PROPERTY IN A CHAPTER 7 CASE
PURSUANT TO 11 U.S.C. § 722 AND BANKRUPTCY RULE 6008**

Terri Lei Beideman, Debtor, has filed papers with the Court seeking an Order Granting Authority to Redeem Personal Property in a Chapter 7 Case Pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008 and for such additional or alternative relief as the Court may direct.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

| | |
|---|---|
| Hearing Date: | March 28, 2023 |
| Hearing Time: | 10:00 AM |
| Hearing Location: | U.S. Bankruptcy Court<br>Clarkson S. Fisher U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
| Courtroom Number: | 2 |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before March 21, 2023, which is 7 days prior to the hearing date.

You must also mail a copy of your response to:

| Name and Address of Party | Relationship of Party to the Case |
|---|---|
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | United States Trustee |
| Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755<br>bktrustee@straffilaw.com | Chapter 7 Trustee |
| Terri Lei Beideman<br>215 Nantucket Rd<br>Forked River, NJ 08731<br>t2022.bk@gmail.com | Debtor |
| Digital Federal Credit Union<br>Attn: Bankruptcy<br>PO Box 9130<br>Marlborough, MA 01752<br>bankruptcy@dcu.org | Secured Creditor |
| Digital Federal Credit Union<br>Attn: Shruti Miyashiro,<br>President/CEO or Successor<br>220 Donald Lynch Blvd<br>Marlborough, MA 01752 | Chief Executive of Secured Creditor |

If you, or your attorney, file and serve an objection/response within the time permitted, the Court will conduct the hearing listed above.

If you, or your attorney, do not take the steps outlined above, the Court may decide that you do not oppose the relief sought in the motion, may consider the motion without further notice or hearing, and may enter an order granting the relief sought.

Date: _Feb. 15, 2023_

_____
Signature