| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Terri L. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-607-7750<br>Email: t2022.bk@gmail.com | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>FEB 16 2023<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____ DEPUTY |
| In Re:<br>Terri Lei Beideman<br><br>Debtor | Case No.:      22-19791-KCF<br>Chapter:       7<br>Hearing Date: March 28, 2023<br>Judge:         Kathryn C. Ferguson |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

Date: Feb. 15, 2023

_____
Signature