| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Terri L. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-607-7750<br>Email: t2022.bk@gmail.com |

**FILED**
JEANNE A. NAUGHTON, CLERK
FEB 16 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| In Re:<br><br>Terri Lei Beideman<br><br>Debtor |
|---|

Case No.:       22-19791-KCF

Chapter:         7

Hearing Date:  March 28, 2023

Judge:           Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, Terri Lei Beideman, am the Debtor in this case and am representing myself.

2. On February 15, 2023, I sent a copy of the following documents to the parties listed in the chart below:

   ☒ Notice of Motion for Authority to Redeem Personal Property in a Chapter 7 Case Pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008

   ☒ Certification of Terri Lei Beideman in Support of Motion for Authority to Redeem Personal Property in a Chapter 7 Case Pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008 (including referenced Exhibits A, B, C, D, and E)

   ☒ Statement as to Why No Brief is Necessary

   ☒ Proposed Order Granting Motion for Authority to Redeem Personal Property in a Chapter 7 Case Pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: Feb. 15, 2023                                         _____
                                                                          Terri Lei Beideman

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Chapter 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Digital Federal Credit Union<br>Attn: Bankruptcy<br>PO Box 9130<br>Marlborough, MA 01752 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Digital Federal Credit Union<br>Attn: Shruti Miyashiro,<br>President/CEO or Successor<br>220 Donald Lynch Blvd<br>Marlborough, MA 01752 | Chief Executive of Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |