# EXHIBIT A

Return Receipt for Service of
Statement of Intention upon Secured Creditor



**UNITED STATES POSTAL SERVICE**

December 16, 2022

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8361 0426 2178 7271 30.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | December 16, 2022, 8:18 am |
| **Location:** | MARLBOROUGH, MA 01752 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | SHRUTI MIYASHIRO PRESIDENT CEO OR SUCCESSOR |

## Recipient Signature

**Signature of Recipient:** [signature]

**Address of Recipient:** [address]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004