# EXHIBIT B
## Evidence of Authorized Official for Service of Process upon Secured Creditor

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

|  |  |
|---|---|
| Title: | VICE PRESIDENT |
| Name: | RUSSO, DONNA M |
| Address: | 647 RESERVOIR ROAD, LUNENBURG, MA, 01462 |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

    Original Filing           2008
    (Certificate) Date:

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| Withdrawn | 2014 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.

# Credit Union Details

 PRINT

| | |
|---|---|
| **CREDIT UNION NAME:** | DIGITAL |
| **CHARTER NUMBER:** | 23521 |
| **CREDIT UNION TYPE:** | FCU |
| **CREDIT UNION STATUS:** | Active |
| **CORPORATE CREDIT UNION:** | No |
| **CREDIT UNION CHARTER YEAR:** | 1979 |
| **CURRENT CHARTER ISSUE DATE:** | 10/10/1979 |
| **DATE INSURED:** | 10/10/1979 |
| **CHARTER STATE:** | Unknown |
| **REGION:** | 1 - Eastern |
| **FIELD OF MEMBERSHIP TYPE:** | Multiple common bond - primarily communications and utilities |
| **LOW INCOME DESIGNATION:** | No |
| **MEMBER OF FHLB:** | Yes |
| **ASSETS:** | $11,281,242,892 |
| **PEER GROUP:** | 6 - $500,000,000 and greater |
| **NUMBER OF MEMBERS:** | 1,042,420 |

## Main Office

| | |
|---|---|
| **ADDRESS:** | 220 Donald Lynch Blvd |

| | |
|---|---|
| **CITY, STATE ZIP CODE:** | Marlborough, MA 01752 |
| **COUNTRY:** | United States |
| **COUNTY:** | Middlesex |
| **PHONE:** | 508.263.6705 |
| **WEBSITE:** | http://www.dcu.org |
| **CEO/MANAGER:** | Shruti Miyashiro |