# EXHIBIT C
Determination of Redemption Value of Vehicle

## DETERMINATION OF REDEMPTION VALUE
(2014 Honda CR-V, VIN 5J6RM4H31EL111917)

| Repair Estimate Source: | KELLEY BLUE BOOK | | REPAIRPAL | |
|---|---|---|---|---|
| ITEM, REPAIR COST ESTIMATE | LOW-END | HIGH-END | LOW-END | HIGH-END |
| 4 x brake/rotor replacement | -$1,960.00 | -$2,240.00 | -$1,424.00 | -$1,758.00 |
| diagnosis of check engine | -$175.00 | -$205.00 | -$149.00 | -$190.00 |
| replace ac compressor | -$1,620.00 | -$1,768.00 | -$816.00 | -$1,483.00 |
| change transmission fluid | -$199.00 | -$237.00 | -$107.00 | -$128.00 |
| motor oil flush and change | -$70.00 | -$85.00 | -$129.00 | -$148.00 |
| tire rotate and balance | -$81.00 | -$97.00 | -$45.00 | -$57.00 |
| replacement key fob / cut / programming | -$80.00 | -$120.00 | -$80.00 | -$120.00 |
| SUB-TOTAL, REPAIRS FOR RETAIL SALE: | -$4,185.00 | -$4,752.00 | -$2,750.00 | -$3,884.00 |
| VEHICLE VALUE, KBB FAIR CONDITION: | $12,754.00 | $12,754.00 | $12,754.00 | $12,754.00 |
| SUB-TOTAL, VALUE MINUS REPAIRS: | $8,569.00 | $8,002.00 | $10,004.00 | $8,870.00 |

AVERAGE REDEMPTION VALUE: $8,861.25

AMOUNT AGREED BY DEBTOR AND SECURED CREDITOR: $9,000.00

# KELLEY BLUE BOOK – VEHICLE VALUATION
## PRE-REPAIR, FAIR CONDITION, PRIVATE PARTY



**Private Party Range**
**$11,819 - $13,688**
Private Party Value
**$12,754**

ⓘ Important info & definitions

Value valid as of **01/30/2023**

**Factors That Impact Value**

Check that yours are correct below.

Condition: Fair ⌄

Mileage: **67,230** ✎    ZIP Code: **08731** ◉

# BRAKE PAD AND ROTOR REPLACEMENT
# KELLEY BLUE BOOK (PER WHEEL)

## < Brake Pad & Rotor Replacement



**Fair Repair Range**

**$490 - $560**

Includes parts & labor

ⓘ Important Info & definitions

Valid for ZIP Code 08731



**Send My Pricing Report**

**Total Estimate**

| | |
|---|---|
| Parts | $316 - $356 |
| Labor | $174 - $204 |

**Recommended by Honda**

Please note: Pricing shown is for either front brakes or rear brakes. Made of ceramic, organic or metallic material, brake pads squeeze against the brake disc rotors to slow the vehicle down. Every time you apply the brakes, the pads wear down a tiny bit. Eventually a wear indicator starts squeaking to tell you it's time to replace the brake pads. A mechanic can examine brake pad thickness during a tire rotation or other service. Sometimes you feel a vibration while applying the brakes. That's a sign that you may need to resurface or replace the brake rotors. Resurfacing a brake rotor will extend the life of the rotors by grinding a

# REPAIRPAL (ALL WHEELS)

 RepairPal Fair Price Estimate™

Brake Pad and Rotor Replacement

**$1,424 to $1,758**
(52% labor, 48% parts)
Front and Rear, All

🚗 2014 Honda CR-V
📍 08731 - Forked River, NJ
📅 Generated on 1/30/2023
🔗 repairpal.com/estimator/link/75a16d5c-b937-4204-8da8-414bda808d00

---

**Repair Notes**

Worn brake pads can result in a loud squeaking or grinding noise while driving, especially at low speeds. Replacing your brake pads early may prevent the brake rotors from being worn or damaged beyond repair.

**Parts List**

4 Disc Brake Anti-Rattle Clip
2 Disc Brake Anti-Rattle Clip
2 Disc Brake Anti-Rattle Clip
2 Disc Brake Anti-Rattle Clip
2 Disc Brake Anti-Rattle Clip
2 Disc Brake Anti-Rattle Clip
1 Disc Brake Pad Set
1 Disc Brake Pad Set

# CHECK ENGINE LIGHT DIAGNOSIS
# KELLEY BLUE BOOK

## ‹ Check Engine Light



**Fair Repair Range**

**$175 - $205**

Includes parts & labor

ⓘ Important Info & definitions

Valid for ZIP Code 08731

**Recommended by Honda**

Diagnostics are periodic checks of the system operations of your car, truck or SUV that can give you a quick window into your vehicle's health. A mechanic performs diagnostics by plugging into a receptacle under the dashboard to access the On Board Diagnostics (OBD-II) tool or by tapping into a system like General Motors' OnStar.

**Send My Pricing Report**

**Total Estimate**

Parts                                              $0 - $0

Labor                                          $175 - $205

# REPAIRPAL

 RepairPal Fair Price Estimate™

## Check Engine Light Diagnosis & Testing

**$149 to $190**
(100% labor, 0% parts)

🚗 2014 Honda CR-V
📍 08731 - Forked River, NJ
📅 Generated on 1/30/2023
🔗 repairpal.com/estimator/link/3af6c58b-7999-4415-92bd-d802b1a31076

**Repair Notes**

A Check Engine Light is turned on when the engine control module detects a fault in the emissions system. One or more diagnostic codes will be stored in the engine module. These codes are just one piece of information the shop will use to diagnose the problem. Each code has a diagnostic procedure that must be followed to properly identify the problem.

**Parts List**

No available repair parts

# AIR CONDITIONER COMPRESSOR REPLACEMENT
# KELLEY BLUE BOOK

## ‹ AC Compressor Replacement



**Fair Repair Range**

**$1,620 - $1,768**

Includes parts & labor

ⓘ Important Info & definitions

Valid for ZIP Code 08731



**Send My Pricing Report**

**Total Estimate**

Parts         $563 - $623

Labor         $1057 - $1145

**Recommended by Honda**

When temperatures rise, your vehicle's air conditioning system has to work harder to keep you cool. Over time, the A/C may not blow as cold as you want, even though the control is at the coldest setting. Eventually, the compressor will wear out and need to be replaced. Probably the most important part of the air conditioning system, the compressor ensures a constant flow of refrigerant to cool the air channeled into the passenger cabin. Lack of cold air plus noises from clattering bearings or a squealing belt are signs of compressor failure. Although this repair is relatively straightfonward, it's best done by a

# REPAIRPAL

 RepairPal Fair Price Estimate™

## AC Compressor Replacement

**$816 to $1483**
(38% labor, 62% parts)

🚗 2014 Honda CR-V
📍 08731 - Forked River, NJ
📅 Generated on 1/30/2023
🔗 repairpal.com/estimator/link/a895b2e4-2df1-42c6-8373-bfd5aaedc1e1

**Repair Notes**

AC compressors may need to be replaced if they are found to be leaking oil and/or refrigerant.

**Parts List**

1 A/C Compressor
15 Refrigerant

# TRANSMISSION FLUID CHANGE
# KELLEY BLUE BOOK

< **Transmission Fluid Change**



## Fair Repair Range

## $199 - $237

Includes parts & labor

(i) Important info
& definitions

Valid for ZIP Code 08731

˅

See details

---

# REPAIRPAL

 RepairPal Fair Price Estimate™

Transmission Fluid Change

$107 to $128
(69% labor, 31% parts)

🚗 2014 Honda CR-V
📍 08731 - Forked River, NJ
📅 Generated on 1/30/2023
🔗 repairpal.com/estimator/link/5e94c0f6-461f-40fb-975a-aab58e5d46a4

---

Repair Notes

We recommend changing the transmission fluid every 30,000-40,000 miles under normal conditions. If the transmission has a filter, that should be replaced as we
If you operate your vehicle under severe conditions (e.g. extreme weather, towing, or a lot of stop-and-go traffic), the transmission should be serviced every
20,000-30,000 miles.

Parts List

3 Automatic Transmission Fluid

# TIRE ROTATION AND BALANCE
# KELLEY BLUE BOOK

## ⟨ Tire Rotation & Balance



**Fair Repair Range**

## $81 - $97

Includes parts & labor

ⓘ Important Info
 & definitions

Valid for ZIP Code 08731

**Recommended by Honda**

Done every 5,000 miles or so, a tire rotation is the act of moving tires around the vehicle so they have the opportunity to wear evenly. Some vehicles use "staggered" tire sizes meaning the fronts are smaller than the rears. In this case, they can only be rotated from left to right (and vice versa). Some high-performance tires shouldn't be rotated at all, since they're made to turn in one direction only (usually indicated by an arrow on the tire's sidewall). As always, consult your owner's manual for more information. Mounting new tires or rotating existing ones doesn't always result in a smooth ride. Because of manufacturing and



**Send My Pricing Report**

**Total Estimate**

| | |
|---|---|
| Parts | $0 - $0 |
| Labor | $81 - $97 |

# REPAIRPAL

 RepairPal Fair Price Estimate™

## Tire Rotation and Balance

### $45 to $57
(100% labor, 0% parts)

🚗 2014 Honda CR-V
📍 08731 - Forked River, NJ
📅 Generated on 1/30/2023
🔗 repairpal.com/estimator/link/c54d0ebe-5b07-41ad-a155-eb4b403ac5c6

---

**Repair Notes**

To get the maximum life from your tires, rotate them every 5000 to 7500 miles so they wear evenly. This may not be possible on some vehicles because of directional tread design or rim size differences.

**Parts List**

No available repair parts

# MOTOR OIL FLUSH AND CHANGE
# KELLEY BLUE BOOK

‹ **Oil Change**



**Fair Repair Range**

## $70 - $85

Includes parts & labor

ⓘ Important Info & definitions

Valid for ZIP Code 08731



**Send My Pricing Report**

**Total Estimate**

| | |
|---|---|
| Parts | $38 - $46 |
| Labor | $32 - $39 |

# REPAIRPAL

 RepairPal Fair Price Estimate™

## Oil Change

### $129 to $148
(47% labor, 53% parts)

🚗 2014 Honda CR-V
◉ 08731 - Forked River, NJ
📅 Generated on 1/30/2023
🔗 repairpal.com/estimator/link/d27ed5cf-181d-47f8-b346-448d94e6ea60

**Repair Notes**

The engine oil and filter should be replaced at the time and mileage interval recommended by the manufacturer of your vehicle.

**Parts List**

1 Engine Oil Filter
5 Engine Oil