# EXHIBIT D

Confirmation of Voluntary Decision to Redeem Collateral between Debtor and Secured Creditor
(Pending Approval)



## CONFIRMATION OF VOLUNTARY DECISION
## TO REDEEM COLLATERAL

**VOLUNTARY DECISION TO REDEEM:**

I/we  Terri Lei Beideman  hereby confirm my/our decision to voluntary offer to pay to Digital Federal Credit Union, 220 Donald Lynch Boulevard, Marlborough, MA  01752 [hereinafter "DCU"] the sum of $9,000.00, to redeem from DCU the      2014 Honda CRV VIN 5J6RM4H31EL111917, it being acknowledged that said amount represents the value of said motor vehicle in which DCU holds a properly perfected security interest pursuant to the terms of a note and security agreement dated  8/4/2016, a copy of said note and security agreement, along with the certificate of title evidencing perfection of said security interest being attached hereto as Exhibits 'A' and 'B' respectively.

**NO PERSONAL LIABILITY:**

In so doing I/we further confirm and acknowledge that the foregoing amount represents the value of the collateral and that in no way am I/we personally responsible for payment of any amounts due and owing under the aforementioned note and security agreement, inasmuch as I/we have been discharged of personal liability for said obligation pursuant to the provisions of 11 U.S.C. § 524(a).  Reference is made to my/our Chapter 7 Bankruptcy Case No.22-19791-KCF   filed with the United States Bankruptcy Court for the   District of New Jersey

**TERMINATION OF SECURITY INTEREST:**

I/we further confirm and acknowledge that it is understood that upon payment of the aforesaid amount, DCU's security interest in the collateral shall be terminated.

Date:_____                              _____
                                                    Member's Signature

Date:_____                              _____
                                                    Member's Signature

**ACKNOWLEDGED AND AGREED:**

Date:_____                              _____
                                                    Members Bankruptcy Counsel Signature

**mail**
220 Donald Lynch Blvd.  |  PO Box 9130
Marlborough, MA 01752-9130

**connect**
dcu.org  |  dcu@dcu.org
800.328.8797

Insured by NCUA