UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Beideman, Terri Lei

Case No.: 22-19791
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __March 21, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
215 Nantucket Road
Forked River, NJ
FMV - +/-$ 440,000.00
Co-owned with non debtor spouse

Liens on property:
Specialized Loan Servicing - $472,731.22

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $ 13,950.00

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19791-KCF |
| Terri Lei Beideman | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 15, 2023 | Form ID: pdf905 | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Terri Lei Beideman, 215 Nantucket Road, Forked River, NJ 08731-5105 |
| 519788516 | | Benjamin Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519788427 | | Bill Me Later Inc, 9690 Deereco Rd Ste 705, Timonium, MD 21093-6936 |
| 519788511 | + | Bureau of Accounts Control, c/o BAC Services LLC, PO Box 538, Howell, NJ 07731-0538 |
| 519788438 | | Collection Bureau of the Hudson Valley Inc, 1555 N Plank Rd, Newburgh, NY 12551 |
| 519788444 | + | Corporation Service Company, 251 Little Falls Dr, Wilmington, DE 19808-1674 |
| 519788428 | + | Ctech Collections Inc, 5505 Nesconset Hwy Ste 200, Mount Sinai, NY 11766-2026 |
| 519788447 | + | D&S Ltd, 13809 N Hwy 183 Ste 800, Austin, TX 78750-1211 |
| 519788454 | #+ | FH Cann & Associates Inc, 1600 Osgood St Ste 2-120, North Andover, MA 01845-1051 |
| 519788455 | # | Financial Recovery Services Inc, 4510 West 77th St Ste 200, Bloomington, MN 55435-5507 |
| 519788461 | | Incorp Services Inc, PO Box 94438, Las Vegas, NV 89193-4438 |
| 519788462 | + | Kabbage Inc, 730 Peachtree St NE Ste 1100, Atlanta, GA 30308-1263 |
| 519796146 | + | Kabbage, Inc., 925B Peachtree Street NE, Suite 470, Atlanta, GA 30309-3918 |
| 519788463 | + | Leviton Law Firm, 1 Pierce Pl Ste 725W, Itasca, IL 60143-1234 |
| 519788491 | | Revco Solutions, 250 E Broad St Ste 400, Columbus, OH 43215-3761 |
| 519788492 | + | Rickart Collection Systems Inc, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519788493 | + | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519788500 | + | Suburban Disposal Inc, 22 Turner Dr, Spencerport, NY 14559-1997 |
| 519788509 | + | The Hartford, One Hartford Plz, Hartford, CT 06155-0001 |
| 519788513 | + | The Law Offices of Frederic I Weinberg & Assoc, 1200 Laurel Oak Rd Ste 104, Voorhees, NJ 08043-4317 |
| 519788517 | | Vast Array Corporation, 215 Nantucket Rd, Forked River, NJ 08731-5105 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 15 2023 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 15 2023 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519788423 | | Email/Text: legal@arsnational.com | Feb 15 2023 20:43:00 | ARS National Services Inc, PO Box 469046, Escondido, CA 92046-9046 |
| 519788424 | | Email/Text: g20956@att.com | Feb 15 2023 20:43:00 | AT&T Mobility, PO Box 6463, Carol Stream, IL 60197-6463 |
| 519788421 | | Email/Text: bankruptcydepartment@tsico.com | Feb 15 2023 20:43:00 | Alltran Financial LP, PO Box 15618, Wilmington, DE 19850-5618 |
| 519788422 | ^ | MEBN | Feb 15 2023 20:39:58 | American Coradius International LLC, 2420 Sweet Home Rd Ste 150, Amherst, NY 14228-2244 |

Case 22-19791-KCF    Doc 24    Filed 02/17/23    Entered 02/18/23 00:14:33    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: pdf905 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 519788425 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 15 2023 20:43:00 | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519788426 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 15 2023 20:43:00 | Barlcays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519788445 | | Email/Text: correspondence@credit-control.com | Feb 15 2023 20:43:00 | Credit Control LLC, 3300 Rider Trail S Ste 500, Earth City, MO 63045 |
| 519788429 | + | Email/Text: bcwrtoff@cablevision.com | Feb 15 2023 20:43:00 | Cablevision Systems Corporation, 1111 Stewart Ave, Bethpage, NY 11714-3581 |
| 519788430 | | Email/Text: cms-bk@cms-collect.com | Feb 15 2023 20:43:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 519788515 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2023 20:49:56 | Capital One Bank NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788431 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2023 20:49:32 | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788435 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2023 20:50:01 | Citibank NA, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 519788436 | + | Email/Text: mediamanagers@clientservices.com | Feb 15 2023 20:42:00 | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519788439 | + | Email/Text: documentfiling@lciinc.com | Feb 15 2023 20:42:00 | Comcast, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519788441 | + | Email/Text: documentfiling@lciinc.com | Feb 15 2023 20:42:00 | Comcast Business, 1701 JFK Blvd, Philadelphia, PA 19103-2838 |
| 519788442 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 15 2023 20:43:00 | Comenity Capital Bank, c/o Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 519788443 | | Email/Text: convergent@ebn.phinsolutions.com | Feb 15 2023 20:43:00 | Convergent Outsourcing Inc, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 519788446 | | Email/Text: BKPT@cfna.com | Feb 15 2023 20:42:00 | Credit First NA / Firestone, PO Box 81315, Cleveland, OH 44181-0315 |
| 519788448 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 15 2023 20:49:39 | Dell Financial Services LLC, PO Box 81585, Austin, TX 78708-1585 |
| 519788420 | | Email/Text: bankruptcy@dcu.org | Feb 15 2023 20:43:00 | Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752 |
| 519788452 | | Email/Text: mrdiscen@discover.com | Feb 15 2023 20:42:00 | Discover Financial Services, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 519788453 | | Email/Text: bknotice@ercbpo.com | Feb 15 2023 20:43:00 | Enhanced Recovery Company LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519788456 | | Email/Text: consumers@fcsbpo.com | Feb 15 2023 20:42:00 | First Credit Services, 9 Wills Way Bldg 3, Piscataway, NJ 08854 |
| 519788457 | | Email/Text: GCSBankruptcy@gcserv.com | Feb 15 2023 20:42:00 | GC Services LLP, 6330 Gulfton St, Houston, TX 77081 |
| 519788458 | | Email/Text: headwaybnc@enova.com | Feb 15 2023 20:42:00 | Headway Capital, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 519788459 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 15 2023 20:42:00 | HSBC Bank Nevada, 1111 North Town Center Dr, Las Vegas, NV 89144-6364 |
| 519788460 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 15 2023 20:43:00 | IC System Inc, 444 Hwy 96 E, St Paul, MN 55127-2557 |
| 519788464 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2023 20:50:00 | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788470 | | Email/Text: compliance@monarchrm.com | Feb 15 2023 20:43:00 | Monarch Recovery Management Inc, 10965 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Decatur Rd, Philadelphia, PA 19154 |
| 519788467 | + | Email/Text: bknotices@mbandw.com | Feb 15 2023 20:43:00 | McCarthy Burgess & Wolff Inc, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 519788468 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 15 2023 20:43:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519788472 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Feb 15 2023 20:43:00 | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519788473 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 15 2023 20:44:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788476 | ^ | MEBN | Feb 15 2023 20:39:55 | Northstar Location Services LLC, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 519788477 | | Email/Text: bankruptcies@penncredit.com | Feb 15 2023 20:43:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 519788479 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 15 2023 20:49:59 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788485 | | Email/Text: signed.order@pfwattorneys.com | Feb 15 2023 20:42:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519788486 | | Email/Text: ngisupport@radiusgs.com | Feb 15 2023 20:43:00 | Radius Global Solutions, 7831 Glenroy Ste 250, Edina, MN 55439-3117 |
| 519788487 | + | Email/Text: Bankruptcy.Consumer@dish.com | Feb 15 2023 20:43:00 | Receivables Performance Management LLC, 20818 44th Ave W Ste 140, Lynnwood, WA 98036-7709 |
| 519788488 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2023 20:49:40 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788499 | + | Email/PDF: clerical@simmassociates.com | Feb 15 2023 20:50:13 | SIMM Associates Inc, 800 Pencader Dr, Newark, DE 19702-3354 |
| 519788494 | | Email/Text: DeftBkr@santander.us | Feb 15 2023 20:43:00 | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788419 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 15 2023 20:43:00 | Specialized Loan Servicing LLC, 6200 S Quebec St Ste 300, Greenwood Village, CO 80111-4720 |
| 519788501 | | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 20:49:55 | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788512 | + | Email/Text: accountservicing@trueaccord.com | Feb 15 2023 20:43:21 | TrueAccord, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 519788510 | + | Email/Text: hcouto@v-k-i.net | Feb 15 2023 20:42:00 | Valentine and Kebartas LLC, 15 Union St, Lawrence, MA 01840-1866 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519788518 | | Vast Array Corporation |
| 519788519 | | Vast Array Corporation |
| 519788520 | | Vast Array Corporation |
| 519788521 | | Vast Array Corporation |
| 519788522 | | Vast Array Corporation |
| 519788523 | | Vast Array Corporation |
| 519788524 | | Vast Array Corporation |
| 519788525 | | Vast Array Corporation |
| 519788526 | | Vast Array Corporation |
| 519788527 | | Vast Array Corporation |
| 519788528 | | Vast Array Corporation |

Case 22-19791-KCF   Doc 24   Filed 02/17/23   Entered 02/18/23 00:14:33   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: pdf905 | Total Noticed: 69 |

| | | |
|---|---|---|
| 519788529 | | Vast Array Corporation |
| 519788530 | | Vast Array Corporation |
| 519788531 | | Vast Array Corporation |
| 519788532 | | Vast Array Corporation |
| 519788533 | | Vast Array Corporation |
| 519788534 | | Vast Array Corporation |
| 519788535 | | Vast Array Corporation |
| 519788536 | | Vast Array Corporation |
| 519788537 | | Vast Array Corporation |
| 519788538 | | Vast Array Corporation |
| 519788539 | | Vast Array Corporation |
| 519788540 | | Vast Array Corporation |
| 519788541 | | Vast Array Corporation |
| 519788542 | | Vast Array Corporation |
| 519788543 | | Vast Array Corporation |
| 519788544 | | Vast Array Corporation |
| 519788545 | | Vast Array Corporation |
| 519788546 | | Vast Array Corporation |
| 519788547 | | Vast Array Corporation |
| 519788432 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788433 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788434 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788437 | *+ | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519788440 | *+ | Comcast, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519788449 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788450 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788451 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788465 | *+ | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788466 | *+ | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788471 | *P++ | MONARCH RECOVERY MANAGEMENT INC, ATTN COMPLIANCE, 3260 TILLMAN DRIVE, SUITE 75, BENSALEM PA 19020-2059, address filed with court:, Monarch Recovery Management Inc, 10965 Decatur Rd, Philadelphia, PA 19154 |
| 519788469 | * | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519788474 | * | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788475 | * | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788478 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 519788480 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788481 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788482 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788483 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788484 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788514 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519788489 | * | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788490 | * | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788495 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788496 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788497 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788498 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788502 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788503 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788504 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788505 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788506 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788507 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788508 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |

TOTAL: 30 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 15, 2023 | Form ID: pdf905 | Total Noticed: 69 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3