Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19791−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terri Lei Beideman
   215 Nantucket Road
   Forked River, NJ 08731−5105

Social Security No.:
   xxx−xx−5506

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I _Michelle M. Fogleman_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

215 Nantucket Road, Forked River NJ

Dated: March 15, 2023
JAN: mmf

                                                  Jeanne Naughton
                                                  Clerk