| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br><br>MAR 2 4 2023<br><br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____ DEPUTY |
| Terri L. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-607-7750<br>Email: t2022.bk@gmail.com | |
| In Re:<br>Terri Lei Beideman<br><br>Debtor | Case No.:       22-19791-KCF<br><br>Chapter:        7<br><br>Hearing Date:   March 28, 2023<br><br>Judge:          Kathryn C. Ferguson |

## CERTIFICATION OF NO RESPONSE OR OBJECTION TO
## MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY IN A
## CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 722 AND BANKRUPTCY RULE 6008

I, Terri Lei Beideman, the undersigned Debtor in the above captioned case, hereby submits this Certification of No Response or Objection to my Motion for Authority to Redeem Personal Property in a Chapter 7 Case Pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008.

1. On or about February 15, 2023, I served true and correct copies, by Certified Mail with electronic return receipt, of my Motion for Authority to Redeem Personal Property in a Chapter 7 Case Pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008 *(Doc 23)* upon the Secured Creditor, Digital Federal Credit Union, the Chief Executive of the Secured Creditor, Shruti Miyashiro, the Chapter 7 Trustee in this case, Daniel E. Straffi, and the Office of the United States Trustee. This is as indicated in the Certificate of Service *(Doc 23-3)* filed with the Motion to Redeem.
2. I am aware that each of these copies were received by the listed parties, as I have received the signed return receipts for each copy *(Exhibit A)*.
3. I hereby certify that, as of March 22, 2023, I have received no answer, objection, or other responsive pleading to the Motion to Redeem.
4. I further certify that, as of March 22, 2023, I have reviewed the Court's docket in the case and no answer, objection, or other responsive pleading to the Motion to Redeem appears thereon.

5. Pursuant to the Notice of Motion *(Doc 23)* filed with the Motion to Redeem, objections were to be filed and served on or before March 21, 2023. Therefore, the Motion to Redeem is unopposed.

6. It is hereby respectfully requested that the Order Granting Motion for Authority to Redeem Personal Property in a Chapter 7 Case Pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008 *(Doc 23-4)*, be entered at the earliest convenience of the Court.

I certify under penalty of perjury that the above is true.

Date: March 22, 2023            _____
                                Signature

# EXHIBIT A
Return Receipts for Service of
Motion to Redeem Upon
Secured Creditor, Chief Executive,
Chapter 7 Trustee, and U.S. Trustee


**UNITED STATES POSTAL SERVICE**

February 21, 2023

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8361 0426 2449 7908 63**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | February 21, 2023, 8:29 am |
| **Location:** | MARLBOROUGH, MA 01752 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | ATTN BANKRUPTCY DEPARTMENT |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | X [signature] |
| Address of Recipient: | [illegible] |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

February 21, 2023

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8361 0426 2449 7960 01.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | February 21, 2023, 1:45 pm |
| **Location:** | MARLBOROUGH, MA 01752 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | SHRUTI MIYASHIRO  PRESIDENT CEO OR SUCCESSOR |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | *[handwritten signature]* DC |
| **Address of Recipient:** | *[handwritten]* 220D LB |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES POSTAL SERVICE**

February 17, 2023

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8361 0426 2449 8193 80**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | February 17, 2023, 1:30 pm |
| **Location:** | TOMS RIVER, NJ 08755 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | DANIEL E STRAFFI |

### Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | *[signature]* |
| **Address of Recipient:** | 670 COMMONS WAY TOMS RIVER, NJ 08755 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES POSTAL SERVICE**

February 22, 2023

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8361 0426 2449 8006 23.**

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | February 22, 2023, 2:09 pm |
| **Location:** | NEWARK, NJ 07102 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | OFFICE OF THE U S TRUSTEE |

**Recipient Signature**

| | |
|---|---|
| **Signature of Recipient:** | C19  C19 |
| **Address of Recipient:** | 1 NWK CTR |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Terri L. Beideman
215 NANTUCKET RD
FORKED RIVER NJ 08731

USPS CERTIFIED MAIL™

9414 8361 0426 2596 9923 63

CLARKSON S. FISHER U.S. COURTHOUSE
CLERK OF THE U.S. BANKRUPTCY COURT
402 E STATE ST
TRENTON NJ 08608-1507

US POSTAGE AND FEES PAID
2023-03-22
08731
C4000004
Retail
3.0 OZ FLAT



0901000005076