| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Terri Lei Beideman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5506<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   22-19791-KCF | | |

## Order of Discharge                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Terri Lei Beideman

<u>3/24/23</u>                                                            **By the court:**   <u>Kathryn C. Ferguson</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 22-19791-KCF
Terri Lei Beideman                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                          Page 1 of 5
Date Rcvd: Mar 24, 2023                  Form ID: 318                         Total Noticed: 69

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Terri Lei Beideman, 215 Nantucket Road, Forked River, NJ 08731-5105 |
| 519788511 | ++ | BUREAU OF ACCOUNTS CONTROL, 514 BRICK BLVD, SUITE 3, BRICK NJ 08723-6088 address filed with court:, Bureau of Accounts Control, c/o BAC Services LLC, PO Box 538, Howell, NJ 07731 |
| 519788516 | | Benjamin Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519788427 | | Bill Me Later Inc, 9690 Deereco Rd Ste 705, Timonium, MD 21093-6936 |
| 519788438 | | Collection Bureau of the Hudson Valley Inc, 1555 N Plank Rd, Newburgh, NY 12551 |
| 519788444 | + | Corporation Service Company, 251 Little Falls Dr, Wilmington, DE 19808-1674 |
| 519788428 | + | Ctech Collections Inc, 5505 Nesconset Hwy Ste 200, Mount Sinai, NY 11766-2026 |
| 519788447 | + | D&S Ltd, 13809 N Hwy 183 Ste 800, Austin, TX 78750-1211 |
| 519788454 | #+ | FH Cann & Associates Inc, 1600 Osgood St Ste 2-120, North Andover, MA 01845-1051 |
| 519788455 | # | Financial Recovery Services Inc, 4510 West 77th St Ste 200, Bloomington, MN 55435-5507 |
| 519788461 | | Incorp Services Inc, PO Box 94438, Las Vegas, NV 89193-4438 |
| 519788462 | + | Kabbage Inc, 730 Peachtree St NE Ste 1100, Atlanta, GA 30308-1263 |
| 519796146 | + | Kabbage, Inc., 925B Peachtree Street NE, Suite 470, Atlanta, GA 30309-3918 |
| 519788463 | + | Leviton Law Firm, 1 Pierce Pl Ste 725W, Itasca, IL 60143-1234 |
| 519788491 | | Revco Solutions, 250 E Broad St Ste 400, Columbus, OH 43215-3761 |
| 519788492 | + | Rickart Collection Systems Inc, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519788493 | + | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519788500 | + | Suburban Disposal Inc, 22 Turner Dr, Spencerport, NY 14559-1997 |
| 519788509 | + | The Hartford, One Hartford Plz, Hartford, CT 06155-0001 |
| 519788513 | + | The Law Offices of Frederic I Weinberg & Assoc, 1200 Laurel Oak Rd Ste 104, Voorhees, NJ 08043-4317 |
| 519788517 | | Vast Array Corporation, 215 Nantucket Rd, Forked River, NJ 08731-5105 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519788423 | | Email/Text: legal@arsnational.com | Mar 24 2023 20:51:00 | ARS National Services Inc, PO Box 469046, Escondido, CA 92046-9046 |
| 519788424 | | EDI: CINGMIDLAND.COM | Mar 25 2023 00:39:00 | AT&T Mobility, PO Box 6463, Carol Stream, IL 60197-6463 |
| 519788421 | | Email/Text: bankruptcydepartment@tsico.com | Mar 24 2023 20:52:00 | Alltran Financial LP, PO Box 15618, Wilmington, DE 19850-5618 |
| 519788422 | ^ | MEBN | Mar 24 2023 20:49:11 | American Coradius International LLC, 2420 Sweet |

Case 22-19791-KCF    Doc 28    Filed 03/26/23    Entered 03/27/23 00:17:57    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: 318 | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| | | | Home Rd Ste 150, Amherst, NY 14228-2244 |
| 519788425 | EDI: TSYS2 | Mar 25 2023 00:39:00 | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519788426 | EDI: TSYS2 | Mar 25 2023 00:39:00 | Barlcays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519788445 | Email/Text: correspondence@credit-control.com | Mar 24 2023 20:51:00 | Credit Control LLC, 3300 Rider Trail S Ste 500, Earth City, MO 63045 |
| 519788429 | + Email/Text: bcwrtoff@cablevision.com | Mar 24 2023 20:52:00 | Cablevision Systems Corporation, 1111 Stewart Ave, Bethpage, NY 11714-3581 |
| 519788430 | Email/Text: cms-bk@cms-collect.com | Mar 24 2023 20:51:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 519788515 | + EDI: CAPITALONE.COM | Mar 25 2023 00:39:00 | Capital One Bank NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788431 | EDI: CAPITALONE.COM | Mar 25 2023 00:39:00 | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788435 | EDI: CITICORP.COM | Mar 25 2023 00:39:00 | Citibank NA, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 519788436 | + Email/Text: mediamanagers@clientservices.com | Mar 24 2023 20:50:00 | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519788439 | + EDI: COMCASTCBLCENT | Mar 25 2023 00:39:00 | Comcast, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519788441 | + EDI: COMCASTCBLCENT | Mar 25 2023 00:39:00 | Comcast Business, 1701 JFK Blvd, Philadelphia, PA 19103-2838 |
| 519788442 | EDI: WFNNB.COM | Mar 25 2023 00:39:00 | Comenity Capital Bank, c/o Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 519788443 | EDI: CONVERGENT.COM | Mar 25 2023 00:39:00 | Convergent Outsourcing Inc, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 519788446 | EDI: CRFRSTNA.COM | Mar 25 2023 00:39:00 | Credit First NA / Firestone, PO Box 81315, Cleveland, OH 44181-0315 |
| 519788448 | Email/PDF: DellBKNotifications@resurgent.com | Mar 24 2023 21:00:00 | Dell Financial Services LLC, PO Box 81585, Austin, TX 78708-1585 |
| 519788420 | Email/Text: bankruptcy@dcu.org | Mar 24 2023 20:52:00 | Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752 |
| 519788452 | EDI: DISCOVER.COM | Mar 25 2023 00:39:00 | Discover Financial Services, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 519788453 | Email/Text: bknotice@ercbpo.com | Mar 24 2023 20:52:00 | Enhanced Recovery Company LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519788456 | Email/Text: consumers@fcsbpo.com | Mar 24 2023 20:50:00 | First Credit Services, 9 Wills Way Bldg 3, Piscataway, NJ 08854 |
| 519788457 | Email/Text: GCSBankruptcy@gcserv.com | Mar 24 2023 20:50:00 | GC Services LLP, 6330 Gulfton St, Houston, TX 77081 |
| 519788458 | Email/Text: headwaybnc@enova.com | Mar 24 2023 20:50:00 | Headway Capital, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 519788459 | + EDI: HFC.COM | Mar 25 2023 00:39:00 | HSBC Bank Nevada, 1111 North Town Center Dr, Las Vegas, NV 89144-6364 |
| 519788460 | + EDI: LCIICSYSTEM | Mar 25 2023 00:39:00 | IC System Inc, 444 Hwy 96 E, St Paul, MN 55127-2557 |
| 519788464 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2023 21:00:16 | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788470 | Email/Text: compliance@monarchrm.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 24 2023 20:51:00 | Monarch Recovery Management Inc, 10965 Decatur Rd, Philadelphia, PA 19154 |
| 519788467 | + | Email/Text: bknotices@mbandw.com | Mar 24 2023 20:52:00 | McCarthy Burgess & Wolff Inc, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 519788468 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 24 2023 20:51:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519788472 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Mar 24 2023 20:51:00 | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519788473 | | EDI: NFCU.COM | Mar 25 2023 00:39:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788476 | ^ | MEBN | Mar 24 2023 20:48:21 | Northstar Location Services LLC, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 519788477 | | Email/Text: bankruptcies@penncredit.com | Mar 24 2023 20:51:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 519788479 | | EDI: PRA.COM | Mar 25 2023 00:39:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788485 | | Email/Text: signed.order@pfwattorneys.com | Mar 24 2023 20:50:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519788486 | | Email/Text: ngisupport@radiusgs.com | Mar 24 2023 20:51:00 | Radius Global Solutions, 7831 Glenroy Ste 250, Edina, MN 55439-3117 |
| 519788487 | + | EDI: DISH | Mar 25 2023 00:39:00 | Receivables Performance Management LLC, 20818 44th Ave W Ste 140, Lynnwood, WA 98036-7709 |
| 519788488 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2023 20:59:47 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788499 | + | Email/PDF: clerical@simmassociates.com | Mar 24 2023 21:00:11 | SIMM Associates Inc, 800 Pencader Dr, Newark, DE 19702-3354 |
| 519788494 | | Email/Text: DeftBkr@santander.us | Mar 24 2023 20:51:00 | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788419 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 24 2023 20:51:00 | Specialized Loan Servicing LLC, 6200 S Quebec St Ste 300, Greenwood Village, CO 80111-4720 |
| 519788501 | | EDI: RMSC.COM | Mar 25 2023 00:39:00 | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788512 | + | Email/Text: accountservicing@trueaccord.com | Mar 24 2023 20:51:00 | TrueAccord, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 519788510 | + | Email/Text: hcouto@v-k-i.net | Mar 24 2023 20:50:00 | Valentine and Kebartas LLC, 15 Union St, Lawrence, MA 01840-1866 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519788518 | | Vast Array Corporation |
| 519788519 | | Vast Array Corporation |
| 519788520 | | Vast Array Corporation |
| 519788521 | | Vast Array Corporation |
| 519788522 | | Vast Array Corporation |
| 519788523 | | Vast Array Corporation |
| 519788524 | | Vast Array Corporation |
| 519788525 | | Vast Array Corporation |
| 519788526 | | Vast Array Corporation |
| 519788527 | | Vast Array Corporation |

Case 22-19791-KCF    Doc 28    Filed 03/26/23    Entered 03/27/23 00:17:57    Desc Imaged
Certificate of Notice    Page 6 of 7

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 5 |
| Date Rcvd: Mar 24, 2023 | Form ID: 318 | Total Noticed: 69 |

| | | |
|---|---|---|
| 519788528 | | Vast Array Corporation |
| 519788529 | | Vast Array Corporation |
| 519788530 | | Vast Array Corporation |
| 519788531 | | Vast Array Corporation |
| 519788532 | | Vast Array Corporation |
| 519788533 | | Vast Array Corporation |
| 519788534 | | Vast Array Corporation |
| 519788535 | | Vast Array Corporation |
| 519788536 | | Vast Array Corporation |
| 519788537 | | Vast Array Corporation |
| 519788538 | | Vast Array Corporation |
| 519788539 | | Vast Array Corporation |
| 519788540 | | Vast Array Corporation |
| 519788541 | | Vast Array Corporation |
| 519788542 | | Vast Array Corporation |
| 519788543 | | Vast Array Corporation |
| 519788544 | | Vast Array Corporation |
| 519788545 | | Vast Array Corporation |
| 519788546 | | Vast Array Corporation |
| 519788547 | | Vast Array Corporation |
| 519788432 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788433 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788434 | * | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519788437 | *+ | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519788440 | *+ | Comcast, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519788449 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788450 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788451 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752-9130 |
| 519788465 | *+ | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788466 | *+ | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519788471 | *P++ | MONARCH RECOVERY MANAGEMENT INC, ATTN COMPLIANCE, 3260 TILLMAN DRIVE, SUITE 75, BENSALEM PA 19020-2059, address filed with court:, Monarch Recovery Management Inc, 10965 Decatur Rd, Philadelphia, PA 19154 |
| 519788469 | * | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519788474 | * | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788475 | * | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519788478 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 519788480 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788481 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788482 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788483 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788484 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519788514 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519788489 | * | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788490 | * | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519788495 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788496 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788497 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788498 | * | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519788502 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788503 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788504 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788505 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788506 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788507 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |
| 519788508 | * | Synchrony Bank, PO Box 965065, Orlando, FL 32896-5065 |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: 318 | Total Noticed: 69 |

TOTAL: 30 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com  G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com  G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3