| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Terri L. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-607-7750<br>Email: t2022.bk@gmail.com | Order Filed on March 28, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Terri Lei Beideman<br><br>Debtor | Case No.:  22-19791-KCF<br>Chapter:  7<br>Hearing Date:  March 28, 2023<br>Judge:  Kathryn C. Ferguson |

**ORDER GRANTING MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 722 AND BANKRUPTCY RULE 6008**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 28, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having been brought to the Court on the motion of Debtor, seeking the Court to enter an Order granting authority to the Debtor to redeem, from Digital Federal Credit Union ("Secured Creditor"), personal property in this case, which is a Chapter 7 case, pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008; ~~to borrow from a family member the funds needed to redeem this property~~; and for such additional or alternative relief as the Court may direct; and the Court having considered this Motion and any objection thereto, if any; and arguments of the parties, if any; and good cause appearing, the Court finds as follows:

1. The tangible personal property described below (the "Vehicle") is intended primarily for personal, family, or household use of the Debtor:

   Year:    2014
   Make:    Honda
   Model:   CR-V
   VIN:     5J6RM4H31EL111917

2. The Redemption Value of Vehicle, as agreed by the Debtor and Secured Creditor, is nine thousand dollars ($9,000.00).

**The Court hereby ORDERS that:**

1. Within fifteen (15) days of the date of this Order, Debtor may enter into an agreement with Secured Creditor to redeem Vehicle by paying them the Redemption Value stated above.
2. ~~Debtor may enter into a Family Loan Agreement with a family member to borrow the Redemption Value stated above, for the exclusive purpose of effectuating the redemption of Vehicle.~~
3. Within thirty (30) days after receipt of this payment, Secured Creditor shall release the lien of record and provide Debtor with written confirmation that this has been done.