| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Terri L. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-607-7750<br>Email: t2022.bk@gmail.com |

Order Filed on March 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br>Terri Lei Beideman<br>Debtor | Case No.: 22-19791-KCF<br>Chapter: 7<br>Hearing Date: March 28, 2023<br>Judge: Kathryn C. Ferguson |
|---|---|

### ORDER GRANTING MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 722 AND BANKRUPTCY RULE 6008

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 28, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having been brought to the Court on the motion of Debtor, seeking the Court to enter an Order granting authority to the Debtor to redeem, from Digital Federal Credit Union ("Secured Creditor"), personal property in this case, which is a Chapter 7 case, pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008; ~~to borrow from a family member the funds needed to redeem this property~~; and for such additional or alternative relief as the Court may direct; and the Court having considered this Motion and any objection thereto, if any; and arguments of the parties, if any; and good cause appearing, the Court finds as follows:

1. The tangible personal property described below (the "Vehicle") is intended primarily for personal, family, or household use of the Debtor:

   Year:     2014
   Make:     Honda
   Model:    CR-V
   VIN:      5J6RM4H31EL111917

2. The Redemption Value of Vehicle, as agreed by the Debtor and Secured Creditor, is nine thousand dollars ($9,000.00).

**The Court hereby ORDERS that:**

1. Within fifteen (15) days of the date of this Order, Debtor may enter into an agreement with Secured Creditor to redeem Vehicle by paying them the Redemption Value stated above.

2. ~~Debtor may enter into a Family Loan Agreement with a family member to borrow the Redemption Value stated above, for the exclusive purpose of effectuating the redemption of Vehicle.~~

3. Within thirty (30) days after receipt of this payment, Secured Creditor shall release the lien of record and provide Debtor with written confirmation that this has been done.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19791-KCF |
| Terri Lei Beideman | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 29, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Terri Lei Beideman, 215 Nantucket Road, Forked River, NJ 08731-5105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3